```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: 10/14/2021      │
└─────────────────────────────┘
```



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

DIRECT DIAL: (212) 416-8118

October 12, 2021

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Defendants' request for an extension is GRANTED. The Parties are directed to file the Case Management Plan and Scheduling Order on or by October 27, 2021. The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff, show service on the docket, and terminate the motion at ECF No. 111.

DATED: October 14, 2021
SO ORDERED:

/s/ Hon. Nelson S. Roman
UNITED STATES DISTRICT JUDGE

Re:    Bright v. Annucci, No. 18 Civ. 11111 (NSR)

Dear Judge Roman:

    This Office represents defendants Annucci, Griffin, Wilkins, Blot, Karuchee, Kelly, Dillon, Roggers, Johanni, Freeman, Pharr, Urracia, Bentivegna, Gleason, Sudranski, Roessel, Barter, Kahyaoglu, Russo, Cody, and Bucolo ("Represented Defendants"), in the above-referenced case. I write, to respectfully inform the Court that we have learned that Plaintiff has been transferred to a mental health unit. While I was able to speak to him today, he stated he was unwilling to participate in filling out the Case Management Plan and Scheduling Order, which the Court directed the parties to file on October 13, 2021, (Docket No. 110 at 42), because he said he did not have access to his legal materials while in this unit, and wants to be represented by an attorney.

    Accordingly, as an accommodation to Plaintiff, Represented Defendants respectfully request that the Court give the parties until October 27, 2021 to submit their proposed Case Management Plan and Scheduling Order. In the event Plaintiff remains unwilling to confer without an attorney, Defendants will propose their own plan on that date.

Respectfully submitted,

_____/s/_____
Julinda Dawkins
Assistant Attorney General
Julinda.Dawkins@ag.ny.gov

cc:    Willie Bright, DIN No. 91-A-4231
       Clinton Correctional Facility

**MEMO ENDORSED**

28 LIBERTY ST., NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV