UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WILLIE BRIGHT
VS.
ANTHONY ANNUCCI ET AL,

SECOND AMENDED COMPLAINT
CIVIL ACTION, NO. 18-CV-11111
(NSR)

JURY TRIAL? YES

(CERTIFICATION COMPLAINT)

RECEIVED
DEC. 03 2021
U.S.D.C.
W.P.

I. JURISDICTION AND VENUE (B)

1. THIS IS A CIVIL ACTION AUTHORIZED
BY 42 U.S.C. SECTION 1983, TO REDRESS THE DEPRIVATION
UNDER THE COLOR OF STATE LAW, FOR RIGHTS THAT ARE
SECURED BY THE CONSTITION OF THE UNITED STATES,
THIS COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION
2201 An 2202, PLAINTIFF NOW REASSERT HIS CLAIM
FOR INJUNCTION Relief FOR THE ON GOING SINCE 2015
VIOLATION OF HIS CONSTITUTIONAL RIGHTS, SAID Relief IS
AUTHORIZED BY 28 U.S.C. SECTION 2283 And 2284, PLAINTIFF
Also SEEK INJUNCTIVE Relief AUTHORIZED BY THE VIOLENT

CRIME CONTROL AND LAW ENFORCEMENT ACT 1994, SECTION 40302(C)(e)(2), 42 U.S.C.A. 13981(c)(e)(2) CIVIL RIGHTS ACT OF 1964 SECTION 701 eT SEQ 42 U.S.C.A. 2000e eT SEQ VIOLENT CRIME CONTROL AND LAW ENFORMENT ACT OF 1994, SECTION 40302(d)(1) 42 U.S.C.A. 1398(d)(1) OF Rule 65 OF FEDERAL Rule OF CIVIL PROCEDURE.

2. THE SOUTHERN DISTRICT OF NEW YORK IS THE APPROPRINTE VENUE UNDER 28 U.S.C. SECTION 1391(B)(2) BECAUSE IT IS WHERE THE EVENTS THAT GIVE RISE TO THIS CLAIM BEGAIN.

II.    PLAINTIFF(c)

3. I WILLIE BRIGHT WAS A PRISONER IN THE STATE OF NEW YORK, COUNTY OF DUTCHESS, BEFORE IN RETALIATION BEING SENT TO CLINTON FOR REASON'S TO FORCE PLAINTIFF TO SEND THIS COURT A HANDWRITTEN LETTER ASKING FOR THE COMPLETE TERMINATION OF LEGAL ACTION'S AGAINST THE FOLLOWING DEFENDANT'S.

III   DEFENDANT'S (C)

1. DEFENDANT, Adam Barter, OMH Employee

2. DEFENDANT, Anthony J. Annucci, Commissioner

3. DEFENDANT, Anthony Ruvo, Doctor

4. DEFENDANT, Bentivegna, Doctor

5. DEFENDANT, Charlene Cody, Nurse

6. DEFENDANT, Colleen Gleason, OMH Employee

7. DEFENDANT, C.J. Dillon, Officer

8. DEFENDANT, Donald Wilkins, Deputy of Security

9. DEFENDANT, Ersan Kahyaoglu, Officer

10. DEFENDANT, Freeman, Officer

11. DEFENDANT, H. Pharr, OSI Employee

12. DEFENDANT, KARuchec, Doctor

13. DEFENDANT, M. Blot, Sergeant

14. DEFENDANT, ORAZIO BUCOLO, LIEUTENANT

15. Defendant, ROGGERS, Officer

16. Defendant SUSANNE Roessel, OMH Nurse

17. Defendant M. SCHMIDT, NURSE

18 Defendants JOHN DOES Strip search Officers

19. Defendant Thomas Griffin, Superintendant

20. Defendant YITZCHAK SUDRANSKI, Officer

21. Defendant Y. URRACIA, OSI Unit Chief

22. Defendant JOHANNI, SERGEANT

III EACH OF THESE Defendants ARE NOW BEING SUED IN HIS/OR HER (INDIVIDUAL) CAPACITY, AT All Times MENTIONED EACH Defendant WAS Acting UNDER THE Color OF STATE LAW...

III   STATEMENT OF CLAIM

1. SOMETIME IN 2015 PLAINTIFF WAS TRANSFERED FROM WENDE CORRECTIONAL FACILITY TO GREEN HAVEN CORR. IT should BE NOTED PLAINTIFF WAS MOVED BY WAY OF COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS WHO OVERSEE ALL INMATE TRANSFER (N.Y. CORRECTIONAL LAW. 23) (Belile V. DOE 1. NO. 10-cv-6501 2012 WL. 3562032) IT should ALSO BE NOTED PLAINTIFF WAS MOVED BY COMMISSIONER ANNUCCI FOR TWO REASON's ONLY, THE FIRST BEING TO SEPERATE HIM FROM A INMATE NAME (KEVIN BRUTCHER) Who's ATTORNEY PLAINTIFF HAD AGREED TO HELP AS A EYE WITNESS TO WHAT I SAW (CORRECTIONAL OFFICER'S) DO TO HIS CLIENTS LEG IN A UNPROVOKED ASSAULT, THE SECOND REASON PLAINTIFF WAS TRANSFER TO GREEN HAVEN WAS SO THAT OFFICERS BY WAY OF ACTS OF UNSPEAKABLE HATE AND VIOLENCE WOULD FORCE ME TO RETRACT MY LEGAL TESTIMONY A RIGHT PROTECTED BY THE FIRST AMENDMENT.

FROM DAY ONE OF PLAINTIFFS ARRIVAL AT GREEN HAVEN, PLAINTIFF BEGAIN TO IMMEDIATELY NOTICE CERTAIN PRISON OFFICERS WHO WENT OUT OF THERE WAY TO GET PLAINTIFF's ATTENTION BY WAY OF STOPPING HIM IN THE HALL AND WHILE PUTTING ON BLACK GLOVES WOULD ASK TO SEE HIS PASS AND THEN ASK WHERE I WAS GOING? INFORMATION ALREADY ON THE PASS, STILL OTHER

Would stand infront of Plaintiff to Prevent Him From Proceeding in the direction He was going in And once there Black Gloves were on Grabing Plaintiff they would then say, OH excuse me I Didn't see you standing there, you be safe now you here now get Nigger, other officers would simply with close fist Punch there hands and Point at Plaintiff, this conduct ofcourse scared Plaintiff, but initially it confused Plaintiff more then anything else because employees were complete strangers to Plaintiff, Plaintiff as advised by His family began to write (T. Griffin, D. Wilkins And commissioner A. Annucci) Plaintiff's family contact then Acting Governor Andrew M. Cuomo, who had a Darren T. Miller write me commissioner of OSI, at that time I was told by Annucci He and staff at Green Haven were Aware of my Allegations Against staff and No evidence was found to support them stop making false Reports or I would be subjected to Disciplinary Actions I should comply with staff Directions.

And These Actions Began To Increase so Much That Plaintiff Requested (Protective Custody) And Was Denied Per. order of Defendant (D. Wilksins) stating There Is no Pc. From staff, only Inmates, Since Plaintiff Was not Getting Help From, (T. Griffin or D. Wilksins) Plaintiff's Next Move was To seek Help From OMH Employees I Told Defendant (Dr. Karuchee) officers Were Making slashing Motions As If Cutting There Throat And Pointing At Me And That I Had Reported These Matters To The superentendat, And Deputy of Security And They Both Denied Me (Protective Custody) What Should I Do? To My complete And Amazement Dr. Karuchee Suggested I Stop Being (Gay) And Give Her A written letter To Mr. Bracher Attorney saying My Testimony Was Fabricated And I No longer Wanted To Be A Witness For His client, I was To Give This letter To either (C. Gleason) or Herself Along with The Attorneys Address And They Would Handle The Rest, And If I did This Everything Would Be Fine For Me At This Prison But If not she Promised I Would Be seriously Hurt And That Also Went For Her suggestions of Me no longer Being (Gay) she Reminded Me, Plaintiff Told Dr Karuchee He Would not Do Either of her suggestions.

#2. Plaintiff Was Then Directed By His Family To Report These Matters To Defendant (Annucci) Personally, so Plaintiff Told Mr. Annucci In A 5

PAGE Report, stating His Life Was In Danger by staff And that some officals In Green Haven where Trying To Force Plaintiff To write A Letter Retracting statement's To A Legal Attorney, Plaintiff Was only Asking Mr. Annucci To Approve His (Protective Custody) Request That Defendant's (T. Griffin And D. Wilkins) Where Denying Him, MR. Annucci Response To Plaintiff's Letter Was That All Pc. Matters Are Determined By staff And Are Final, iT should Be Noted Plaintiff Has Been In Prison 31 Years And Prior To Being Transfer To Green Haven Had Absolutely No Office Of Mental Health History But Now Being IN Fear For His Life Plaintiff Wrongly Assumed The safest Place For Him To Be After Being Denied Pc. By (Annucci, Griffin And Wilkins) Would Be A office Of Mental Health Holding cell.

ON Dec 29 2015 While In A OMH Suicidal Intervention Room, At About 4 Pm A OMH Nurse Barett stopped At Plaintiff Room To Give Him Medication, At That Time Plaintiff Made Nurse Barett Aware THAT THE Two standard OMH Mattress Covering Were Missing Nurse Barett Looked Into Plaintiff's Room To confim his Report And said He'd Go Findout Why, Later THAT Day Plaintiff Feeling Depressed And Fearful Notice's A Ripped state sheet Under His Bed THAT Was Obviasly Deliberately Place THERE By STAFF, To Give STAFF A OPPortunity To Enter Plaintiff's Room, Finding THE sheet

PlainTiff Began To Suffer From Voices of self Harm, Plaintiff Tied The sheet To The Air Vents And Attemped To hang Himself, IT should Be Noted The Inmate In one Room said He Was observing Defendant (M. Blot) And other Officer's Laughing At Plaintiff Tieing The sheet Around His Neck And Then The Air Vent's, Plaintiff's Attemp To Hang Himself Failed Because The sheet Was not strong Enough To support Plaintiff's Body And snapped sending Plaintiff To The Mattress Room on The Floor, officer Blot Then enter Plaintiff In Fear Plaintiff Raised His Arms To Ward off Possible Blows, But instead of Hitting Plaintiff (M. Blot) Put Metal Restraints on Plaintiff's Waist, snapped sheet From Around Plaintiffs Neck, Ripped The OMH Body Wrap off of Him, Flipped Plaintiff onto His stomach sat on Plaintiff's lower Back To Prevent Any Possible Escape, And Began To violently sodomize And Assault Plaintiff With His Hand, Fingers And Nails, To This Day Plaintiff Is unsure what Kind of small Device With claw Like Hooks Defendant (M. Blot) Used To enable him To Cut And Ripp The Walls of Plaintiff's so Quickly, But This Device Would Always Follow His hand And Finger's Causing Plaintiff undescribable Agony And Pain, This Assault Was Being Done With so Much Force That Plaintiff Rectum Began To Bleed Instantly And Excessively, Plaintiff's Cry's of Pain Were Moved

To screams of horror when it was realized he was feeling warm blood flowing from his rectum onto his tesicles and legs, (M. blot) then begain to yell orders at plaintiff that he should write that letter of retraction or there would be more of this treatment, and I had better keep my mouth quiet about this incident or the next time would be far worst.(M. blot) then flipped plaintiff onto his back, removed his restraints, then violently pulled the blood soaked mattress from under plaintiff and tossed it outside the room door, and begain with his feet useing the OMH body wrapp attemped to mop the blood on the floor before picking it up with the ripped sheet before leaving the room...

#3 After this violent assault the OMH emoleyee nurse Barett came back to my room finding me now ~~enting~~ entirely nude crying in extreem agony with blood running down my legs onto the floor, nurse Barett asked where was my body wrapp, and who put my mattress outside my room? Other inmates where yelling that (blot) had assaulted me and they were kicking and banging as they had been from hearing my first scream of pain, I told nurse Barett someone put a state sheet in this room that used to attempt to take my life and how blot had come in after and hurt me sexunlly and physicnlly, I ask nurse

BARETT TO Please HelP ME, He said He was Having ME Sent To THE Prison clinic, I Told Him MY Body wrapp And MATTress Where Moved To Cover uP This Assault, And I asked To Please Contact OSI He said He would send me To THe clinic And OSI Would Be contacted BY Prison officials, I was Then Taken To THE Prison clinic And Told THe Prison DR. I was In Pain That couldn't Be PuT InTo Words He Had Me undress exaimed MY RecTum And Asked How on EARTH Did This HAPPen? I Told Him officer Blot HurT me And I need HelP, He said You MusT Be HosPiTalize Your InJuries ARe beyond TreaTable AT Prison clinic Level, While WAiTing WAiTing FoR THe WATch commandor To cleAR MY TRip, officer BloT came To THe Prison clinic And Begain speaking To Defendant's (Y. Sudranski And E. KAhyAouglu) Telling THem He Had Been TRying To STop THe enTire TRip, BuT THAT Fucking BARETT was THreaTning To Call sTATe Police If we didn'T send Him ouT AT once, BuT we did THe NexT BesT Thing And A Friend oF THe DepArTment Had Been ConTacTed And He Knows WhaT To Do To MAKe This All Go Away, FeARing I would Be Denied Help To MAKe This Pain sTop, WiTh TeARs In MY eyes I Begged officer (Y. sudranski) To Please (Help Me) BecAuse I had Been sexually AssauiTed BY office (Blot) And To Please noT listen To Him,

I Needed Medical Help, He Laughed And said SHUT
THE FUCK You Homo RAT You GOT WhAT You Deserved
FOR Agreeing To Testify on Officer's, (Bhot) STATED THAT
NO STATE Police Would Be cAlled BY THE HOSPITAl
And NO RAPE KiT Would Be done BecAuse some of His
HAnd SKin MighT STill Be In THis (GAY) shiT's Ass Hole.
           I WAS Then Transported BY DefendanT's
(Y. Sudranski And B. KAHYAouglu) To MounT Vernon Medical
Where I WAS Approached BY DefendanT (DR. Ruvo) I
Told Him I had JusT Been ViolenTlY sodomize And
WAs Bleeding All THe WAY From THe PRison To THe
HospiTAl could He PleAse (Help Me) DR. Ruvo Told Me I
MUST HAve Been Confused, BecAuse I WAS only THere For
A Lower BodY EXRAY And I had To MAKe Any sexual
AssAulT complainTs To PRison medical Once I GOT
BAck, I WARned Him THere Would Be PRison medical
DocumenTs sTATing WhY I WAS senT To THis HospiTAl And
iT Won'T sAY EXRAY, THeY All LAughed Assuring Me
THis WAs Done All THe Time And MY siTuATion Wald Be
NO DifferenT, I WAS THen THreATen BY (E. KAHYAouglu)
THAT A FAbricATe RepoRT Would Be MAde AbouT Me
ATTemping To EscApe And I would Be Murder IF I
ATTemPed To Tell Anyone AbouT A sexual AssAulT
Being In Pain And Fear For mY Life I Refuse To
Ask FoR Help, However Before siTTing On THe Lower
BodY XRAY, WiTh TeARs In mY eYes I Asked DR.
Ruvo could He ATleAST PhYsicAllY EXAmine THE

THE EXTENT OF MY RECTUM INJURIES? He said (NO) I
Asked Him Could I Then Be Given some Medical
Gores To slow down The Bleeding In my Rectum? He
said (NO) Finally I said Could He Atleast Put me on
Something For The Pain Rightnow? HE said WhaT THE
Hell Do You Think THE Lower Body Excray Is FOR?
And THey All Three Began To Laugh Again, Plaintiff
Was AT THis Time Denied (ANY And All) Medical
Treatment And WAS FORCE TO Remain In Agonizing
Pain And suffering While continuing To Lose Blood From
his Rectum Now causing Him Dizzyness, Plaintiff
THEN signed His name on THE HOSPITAL Medical
TreATment Form Which Would Ensure THAT DefendanT
Ruvo Be compensated BY DOCCS FOR (THE CONTRACT)
His employer's Have WiTH DOCCS, For Legal Reason's iT
should now be noTed MR. Ruvo WAS noT Doing maint
Vernon A Favor From THe Kindness OF his HeART buT
Was indeed Bond To TreAT Me by (Means OF ConTract)
I signed The Paper To Ensure iT.

                    # 4

                    BASED On THE Above STATement OF
FacT's Plaintiff Is now AsserTing THE Following
(A. Annucci, T. Griffin And J. Wilkins) All (Failed To
ProTecT) PlainTiff FRom THE Dec 29 2015 sexual AssaulT
DefendanT (M. Blot) Used (Excessive Force) And (AssaulT)
To ViolenTly sodomize And InJure PlainTiff's As Well As
(RETAliATE) AgainsT Him, DefendanT's (Y. sudranski And

E. KNYAOGLU Also < RETALIATED) AGAINST PlaINTIFF, DefendaNT DR RUVO WAS < Deliberately Indifferent) TO PlaINTIFF's Medical Needs, When He Denied Him < ANY AND AII) Medical TReATMeNT FoR PlaINTIFF's RecTum InJuries And Pain, And TO Help PRison staff Cover UP A crime subJecTed Him TO A hour BoIY EXRAY While LAughing.

_____

          AfTeR Being TRansPorTed bACK TO The Prison WithouT < ANY And AII) Help OR TreaTMenT From DR. RuVO PlaiNTIFF Will show THIS CouRT His PHysicAL And MenTAl condiTion As A ResulT OF Being UnTreATed From DAY TO DAY Prison medical Records, iT should Be NoTed PrioR TO Being ATTAck PlaINTIFF WAs In The CARE OF OMH EmploYees, PlaINTIFF Assumed AFTeR A HoRRoRAble AssAuIT As THis one He WouId GET HelP FRom TThese THRee EmploYees < KARuchee, GleAson, And BARTeR) BuT He WAs wRong And FoR THe Following DAYs AfTer THeY All Took Turns ATTemping TO Convince PlaINTIFF TO ReTRAeT His TesTimony on PApeR, THey eAch Ignored MY RequesT DAY AfTeR DAY TO Be senT TO THE Medical Clinic And THIS wAs HoRRoRAble becAuse unlike Inmates In GenerAl PoPulATion Who ARe Given THe chance TO DRoP RequesT FoR SickcAll TreATMenTs, InmaTes In THe CARE OF OMH EmployeeS MusT HoPe someone on THe unIT TAKe's medicaTion OR No Nurse will come TO THAT unIT PlaiNTIFF IS unsuRe how Long THIS DeniAl OF Medical TReaTMenT conTinued BuT He BegAin TO GeT MAil

FROM HIS FAMILY IN THE OMH Holding Location
Asking PLAINTIFF WHY He HAD BEEN Refusing
There Attemps To visiT Him? AND WHY I HAd STOP
Writing And calling Home?, THESE QuesTions THEN
CHANGED TO Asking PLAinTiff WhaT He HAd Did To
GeT ON A Tire 3 COMMissioner VisiT RestricTion ORDER?
None of THese Things Were True Prison officials where
Telling PLAINTIFF FamilY THese Things To Keep THEM From
Knowing WhaT HAPPEN TO HIM ON Dec 29 15, PLAINTIFF's
FamilY MEMbers Where SAYing COMMissioner ANNUCCI
Told THEM He Could noT Go inTo Personal DeTails WiTh
FamilY Members WithouT PLAinTiff WriTTen ConsenT
AuThorizing Him To Do SO, BuT He Assured THEM I WAS
PHYSicallY Fine, BuT HAd come To his ATTenTion BecAuse
OF A Hunger STrike BuT I had Since Improved
And Recovered, BuT None of THis WAS True ( c. Gleason,
Dr. KARuchec And A. BARTer) Where All Refusing To Send
PLAINTiff To THE Prison clinic OR HospiTAl For unTreaTed
RecTum InJuries AND BLEeDing, PLAinTiff WAS Told BY
THESE OMH Employees THAT IT WAS PLAinTiff's
FaulT THese Horrible THings Where HAPPening TO Him And
THEY Where noT Going To NOTiFY OSI AbouT His Sexual
AssaulT OR Send Him To THe Medical Clinic unTil He
GAve THEM A signed WriTTen RetracTion LeTTer TO MR.
BruTcher AtTorny Along With his Address And Phone
Number, And Because OF THiS DeniAl OF ( ANY And All)
Medical TreaTmenT PLAINTiff WAS Forced To GO ON

A Hunger Strike Knowing THAT Acts of THIS NATure Must Be MAde Know To THE Doccs Commissioner For Investigation And Possible Remedy, THe Department Remedy WAs TO Send A Nurse M. SCHMidT, Who MAde iT Known To PlaintifF From THe Beganing THAT IF PlAintifF WAnted Medical TreAtment THAT (Exceeded VISUAl) EXAmination I Would have TO WRiTe THe Retraction Letter OMH Officials HAd Required oF Me So dAY After dAY Nurse SchmidT SAY YOu WANT Pen And PAper TO WRiTe THe letter Mr. Bright? I Would Respond No SHe Would SAY OKAY Open Your MOUTH For Me I Would comply SHe Would SAY No Blood Noted, I Would THen Ask Her could she Examin MY RecTum InJuries And Give Me something For THe extreem PAIN oF MY RecTum InJuries she Would AlwAYs Reply not UnTil You write THe letter, THIS WAs Gong on Infront OF DefendAnts (A. BARTer, C. GleAson And DR. KARUkhel) Officers Told M. SchmidT simply FAbricAte A Report SAYing He IS Refusing Your Medical AssisTAnce, I Told Her THAT's not True I'm cooperating With All Her Medical Instructions To examine Me And Requesting THAT SHe Would examine MY AcTUAl RecTum InJuries TO confirm THe Blood IS coming From MY RecTum And THen Have Me sent TO THe Prison clinic Who Will THen Send Me BAck TO THe HospiTAl BUT SHe IS Refusing TO examine THe RecTum InJuries THe sAme WAY THe DocTor In THe OUTside HospiTAl Did, leaving Me In Pain And Rectum Bleeding

BASED ON THE Above STATEMENTS OF FACTS, Supported BY Medical DocumenTATion now being sent TO THis CourT As Evidence, PlaintiFF ReAsserts And Asserts THAT After THE SAvAge AssAuLT And BATTerY SexuAlly And PHYSically AT THe HAnds of Defendant (M. Blot) Resulting In unTreated RecTum InJures And RecTum Bleeding AT THe HAnds of Defendant (A. Ruvo) Defendants (A. BArter, DR. KARucher C. Gleason And M. Schmidt) Acted WitH (DeliberATe Indifference) TO PlaintiFF Serious Medical InJures And In (RetaliToey Acts) of Medical Denial ATTemped To Force Him AcWAY From A Right of TestimonX Protected BY His First AmendmenT, THese emdoYees Forced PlaintiFF TO Remain In A GonizIng RecTum SufferIng And BleedIng ConstiToTTIonal ViolaTIons THAT Should Now Be Address BY Hon. Nelson S. ROMAN And A JurY TrIAl. OMH OFFicials

SEEING THAT PLAINTIFF WOULD NOT COOPERATE WITH SECURITY DEMAND IN RETRACTING A TESTIMONY WHICH IS PROTECTED BY THE FIRST AMENDMENT, said Defendant's DISCHARGE PLAINTIFF (wrongfully) FROM THE OMH AREA IS EVEN WHEN PLAINTIFF WARN THEM HE WAS STILL SUFFERING FROM THOUGHTS OF SELF HARM, DEFENDANT DR KARUCHEE TOLD PLAINTIFF GOOD NOW DO A BETTER JOB AT KILLING YOURSELF THIS TIME, OR GIVE US THE LETTER SO WE CAN HELP YOU, PLAINTIFF WAS SENT BACK TO HIS CELL AND WAS OVER POWERED BY THOUGHTS OF SELF HARM ATTEMPED TO END HIS LIFE BY WAY OF HANGING BEFORE STAFF FOUND HIM AND RUSHED HIM BACK TO THE SAME OMH EMPLOYEES WHO HAD (wrongly) MEDICALLY CLEARED HIM ONLY HOUR OR TWO BEFORE, BECAUSE ALL OMH SUICIDAL ROOMS WERE NOW FULL PLAINTIFF TRANSPORTED TO OMH OFFICIALS IN DOWNSTATE CORRECTIONAL FACILITY AND AFTER GIVING THEM THE REPORT OF DEC 29 ASSAULT AND COVER UP AT MOUNT VERNMON HOSPITAL AND HOW DR. RUSO GAVE ME NO MEDICAL TREATMENT WITHOUT PLAINTIFF EVEN ASKING HE WAS SENT TO THE PRISON CLINIC GIVEN PAIN MEDICATION AND MEDICAL GOES TO STOP RECTUM BLEEDING AND TOLD BY THE DR. HE WOULD CONTACT MY MEDICAL PROVIDER AT GREEN HAVEN ABOUT FOLLOW UP CARE AND HE WAS PERSONALLY NOTIFYING O S I AND THE STATE POLICE IF IT HADN'T BEEN DONE ALREADY, AFTER MEDICAL A OSI INSPECTOR RUSSO WAS ALREADY WAITING, I ASKED HER WHO

AT Green Haven HAd CONTACT Her Department Hoping I HAd ATleasT one Friend THere, Russo said No one From Green Told Her Department Anything ABout MY SituaTion THEY JusT GoT THe CAll And Rushed ouT AT once, I Told InspecTor Russo EveryThing she Needed To Know And How she Need To GeT A medical staTement From Ruvo And I would Like To Read IT And MosT ImportantlY I needed To Be Moved ouT OF Green Haven ImmediaTely Because MY life WAs In Danger THere And officer ( BloT) Promised To HurT me Again IF THis WAs ReporTed she said All OF MY InformaTion would be Given To Her Boss( Y. urraciA) And she would personallY MAke ( THe superintendent And DepuTY OF securiTY) Aware oF MY RequesT To Be Moved To A safer locaTion And she Would need Aswer As To How And WHY no one From Green Haven ReporTed THis matter To O&I As THeY Are Required To Do

#5. PlaintiFF WAs senT BAck To Green Haven Where He ImmediatelY MAde DefendanT's ( A. Annucci, T. Griffin And D. Wilkins) Aware THAT He HAd Been violenTlY AssAulTed, WAs Denied Medical TreaTmenT And officials Were ATTempins To Force Him To RetracT A TesTimony ProTecTed BY His FirsT AmendmenT And THeY HAd To Move Him ouT OF THis Prison ImmediaTelY For His Personal SAFETY Because noT ONlY WAs THere A THreaT OF More Violence MAde BY

OFFICER BLOT IF I EXPOSED THIS, BUT OMH Employees Where putting MY LIFE AT RISK BY not Honoring MY Request To Remain In THE OMH suicidal Area WHen I Report To THem About voices of self Harm, SO Please Move Me TO A Prison Were OMH Employees Do THere Job And won'T ATTemp TO Force me TO write Retraction letters TO ATTorneys, THese THree Officials Did nothing To InvesTigate, OR Remedy THe MATTer Which Resulted In PlainTiff (First And second) Violent ATTack AT THe Hands of Prison STAFF, PlainTiff Family Was Allowed To visit Him Again And THEY Instructed PlainTiff To Again Apply For (Protective CusTody) Because In Light Of PlainTiff's Report About Possible STAFF Retaliation MY Request Would have To Be Honored, on TOP OF THIS (Protective CusTody) STATUS Inmate Are Immediately Transfer OUT Of A Prison BECAUse ITs Been AdminisTATively DeTermined Some THreat Has Been Made on Your Life so You Have TO Be Moved TO A New Location THIS WAs THe PlAn And Course Of ACTion PlainTiff Would Be Move TO A safer Location THEY Would call DefendanTs Every Week Asking THAT He Be PUT In PC And PlainTiff would write (To Griffin And Do Wilkins) Asking For PC BUT We Were BOTH Told THere IS No AdminisTrATive PC From STAFF, Inmate ONLY, so We Said PlainTiff FelT unsafe Around certained Imates As well PlainTiff Request WAs (Denied) BY All

Three Defendants Resulting In Plaintiff Being Savagely Assaulted Sexually ON Feb 28 2016 OR There About.

Based ON The Above Assertion of Fact Plaintiff Now Assert His (Failur To Protect claim) Against Defendants (A. ANNUCCI, T. Griffin And Y. URRACIA) And His (Retaliation) claim Against (A. Barter, DR. KARuchee And C. Gleason) In As Much As They Failed To Report Anything To OSI After The Dec 29 15 Attack And Refuse To Do Anything For Plaintiff Medically uNTIL He Agreed To Gave Them A Retraction letter A Right THAT Plaintiff Was Protected To Do BY His First Amendment...

ON Feb 28 OR There About Plaintiff Deliberately Put His-self on Keeplock To Be Away From Both Staff And Inmates For Fear of Harm Defendant Ro Kelly Had Been Assigned BY Prison Officials To conduct Keeplock Inmates To Medication Area, Before Leaving The Block Plaintiff And Officer Kelly Were Approached BY Defendant Roggers He Told Plaintiff To Zip UP His State Jacket and Asked Defendant Kelly Was Plaintiff The Homo Who Had Ratted Defendant Blot out? Defendant Roggers Went ON To Tell Plaintiff He Was About To FindaT OSI Work For Doccs Especially Against

Little Homo Rats Like Plaintiff, After Being Taken
To Medication And Put Back In my cell By defendant
Kelly, I Wrote (Annucci And O.S.I Y. urracia) A Letter
Saying I Needed Protective Custody Because Keeplock Wasn't
Keeping Me Safe iT Still Being Am. And The Block mail
Had not Gone out So I Sent Defendant (To Griffin A
Letter) About What Roggers And Kelly Had Just Said To
Me And Ask THAT Another Medication escort officer Be
Sent To Me Because Kelly And Roggers didn'T Like
Gay Inmates I Gave All THree oF THese Letters To
A Friend To Mail For Me on His Way To Am.
Chow, sometime latter THAT SAme day expecting A
SGT To Be sent To Begain A Investigation about
THe complaint sent To Defendant superintendant To Griffin
BuT Instead of A White shirt SGT. Being sent To Me
In Horror I look up To See Roggers And Defendant
Dillon Rogger Twirled His Hands Around Giving THe
Opening sign To THe cell control officer And My cell
door THen opened AND DEFENDANTS ROGGERS AND
Dillon Rushed iNTo Plaintiff's cell And Begain
To Punch, Kick useing THere Kness And elbow
Plaintiff IN THe Face, side And Back Plaintiff
Never ATTemped To Risist THem And Would Have
Been unable To, THis ATTack Was So Quick And
Violent THAT Two oF Plaintiff FronT Teeth WERE elbow
ouT By DEFENDANT Dillon While Roggers Punched
Plaintiff IN THE FACE WhicH Would ResulT In

BOTH OF PLAINTIFFS EYE Remaining Black And PARTLY Closed FOR THE NEXT TWO WEEKS PLAINTIFF now Having BEEN Knocked TO THE FLOOR WiTH ROGGERS Holding ONE ARM And Dillon Kneeing ON THE OTHer TO ProvenT ANY Possible BODY MoVe MenT Kelly WAs Asked BY DefendmT ROGGER's WELL WhAT THE Hell ARE You WAiTing FoR WE don'T GOT All dAy DefendmT Kelly BEGAIN To Remove PLAINTIFF'S PAnTs and underclothes exPosing PLAINTIFF InJuried BuTT ANd RECTUM, ~~Kelly~~ THEN VoilenTly FORCE ▲ WhAT Would LATER BE Seen TO BE A De BATTERY INTO MY RecTum and ANother FoREign obJecT Which Would LATer Be seen TO BE A GlAss THermometer. AS THis WAs BEing DONE ROGGERS BEGAIN To PUNCH PLAInTIFF SAVAGElY ON THE BACK OF His HEAd Yelling NOW Do YOU understAnd? PLAInTIFF screamed Yes BuT DefendmT ROGGERs continued TO PUNCH Him SAYing ARE YOU SURE? AFTER AbouT TEN MORE PUnches HE said IF YOU GeT ANY OF YOUR NIGGER Blood ON Us We Will Kill You Do You understAnd? PLAINTIFF continued TO ~~scream~~ SCREAM IN AGONY AS THEY Mocked MY CrYs WiTH THere Own MocK CrYs ROGGers Asked DefendmT Kelly did He THink I WAs now Ready TO write THAT ATTonerY RetrAction LeTTer, Kelly LaughinG sAid I DonT Fucking Know Im sTill TAKinG His TemperaTure AND Giving Him sοme New ENERGY, DEFendAnT

Roggers while continuing to Beat the Back of Plaintiff Head with His Fist, Said How About IT Bright? What do You Say? I scream Yes Yes Yes Please STOP Hurting Me, Defendant Roggers Said "THAT'S A Good Nigger" But We will Be Back IF You START Dragging Your Ass GeTer done OKAY Nigger? PLAINTIFF Ask Dillon To Please Help Him GeT TO Medical And WAS SPiT on BY Dillon And Told PuT Your Two Missing Teeth on THe Floor under Your Pillow And Ask The Tooth FairY For Medical TreatmenT THey All Laugh And WAlked out THe cell Dillon Being THe LAST Looked AT Plaintiff SAYing I FuckenHATE Homo's Plaintiff BeGAin TO Lose Vision And see Colors BeFore PAssing out, Hoping To Die To STOP The Pain In his RecTum And Lower BACK, Plaintiff WAS Awaken To A Female officer Screaming Oh MY God, Oh MY God How did THIS HAppen In So Much Pain Plaintiff could only Tell Her Need Medical Help Please, She GoT on Her Radio And Said A Number OF THe Area SuperVIslor Radio And said SHe Had A Medical EMergeny On A Imate come QuickIY Area SuperVisor Who THe STATE ATTorney Said WAS DefendanT LT. Bucolo, seeing Me STill on MY sTomach iT Being To Painful To even Pull my PAnTs UP, He said SHIT THose Fucken Ass holes, He GoT ON His Radio

Medical Response Needed, He Then Ask who Were
The Inmates who Did This To You? I said
Sir No Inmates staff did This He said
What Like A GUIDANCE Counselor? I said
Sir Three Officers did This Defendant Bucolo
GOT BACK on His Radio and said <DISREGARD>
Medical Response situation under control Again <disregard>
He Then told The Female Officer To have THE
A. Officer To GeT A Medical STrecher And Two
Offices To CARRY Him TO OMH UNIT And Have
Some PORTERS Clean THis Cell Before THe wrong
OSI Inspector See THis. He Then Pulled UP Plaintiff's
Saying come on iT WASn'T THAT Bad Now, You
Know Those ARE Good Officer And THEY Were only
Having some Fun. I CAN GeT You To Medical BUT
You CAN'T SAY iT WAS SecuriTY Related, work
With ME because YOUR HurT Real Bad, I said sir
RespectFully THEre ARE TWO FOREIGN ObJecT PainFully
Forced iN MY RecTum WhY Would I be Going To
OBS And NOT THE Medical Clinic For TreaTment? He
said HeY I SAW Your Ass And I Agree With
You, BUT THis IS coming From GriFFen And Wilkins
As will As somebody who MAKes MORE MONEY Then
ALL THREE OF US, Im only doing whaT I WAs
Told IF You SAY iT WAs InmaTe Related You
Go To Medical For TreaTmenT, IF You SAY Officers
WE CAll You CRAZY And You Go TO OMH

#6. THREE OFFICERS CAME CARRYING A MEDICAL STRECHER I WAS PUT ON IT AND TAKEN TO OMH ON THE WAY OUT WE PASSED A INMATES CELL WHO YELLED OUT TO ME IM GOING TO GET MY INFORMATION TO YOU, I HEARD YOU SCREAMING FOR HELP DON'T WORRY. I WAS TAKEN TO OMH AND SEEN BY A OMH EMPLOYEE NAME ROESSEL AND IMMEDIATELY ADVISED HER I MADE NO REPORT TO ANYONE OF FEELING SUICIDAL AND I WAS NOT SUPPOSE TO BE HERE AND SHE COULD MEDICALLY INSPECT MY RECTUM TO SEE THAT I WAS PHYSICALLY INJURED AND REQUIRED MEDICAL TREATMENT BECAUSE TWO FOREIGN OBJECTS HAD BEEN PAINFULLY FORCED IN MY RECTUM BY PRISON SECURITY IM IN PAIN AND HAVE LOST LOTS OF BLOOD AND FEEL READY TO PASS OUT PLEASE GET ME TO A DOCTOR WHO WILL HELP ME BEFORE I DIE, SHE WALKED OUT AND I COULD HERE A HEATED ARGUMENT BETWEEN HER AND SOMEONE ELSE THAT SOUNDED LIKE DEFENDANT D. WILKINS ROESSEL WAS SAYING (HE'S ON A FUCKING MEDICAL STRECHER) AND THE RESPONSE FROM THE OTHER PERSON WAS (JUST DO IT GOT DAM IT) ROESSEL THEN SAID TO WHAT I KNOW WAS DEFENDANT BUCOLO SAY THIS IS NOT RIGHT, HE SAID HEY YOU HEARD THE BOSS, ROESSEL CAME BACK TO THE ROOM I WAS IN AND SAID MR. BRIGHT MEDICAL WILL SEE YOU AFTER YOUR OMH ADMISSION AND SHE WALKED OUT AND LT. BUCOLO CAME IN WITH ABOUT 5 MORE OFFICERS AND HE SAID (SHOW TIME) WE GOTTA STRIP AND INSPECT YOU FOR POSSIBLE CONTRABAND BEFORE YOUR OMH ADMISSION

I WAS Then Jerked OFF The medical STrecher BY Two officer And Force To The OMH STrip Area Were I WAS Then slapped, Punched And spiT on BY These officers As They continued To Yell Bend over And Spread Your Ass Homo, oThers said WhaT Happen To Your Teeth? Your Going To need DenTures Now Nigger This WenT on For Almost A Hour And A HalF BeFore The BATTrie PAINFULLY WAS Pushed From MY RecTum And They All Began To Clap And Yell Good Job Homo, oThers continued To Slapp And spiT on me before Leaving The Room iT WAS (BATTrie) Kicked out of The Room BY one of The officers Yelling (We GOT iT Boss) In Pain And suffering THAT CAN'T Be PuT inTo words I STood In A corner of The Room crying Hoping DeATh Would save me From The Agony All over my Body I ThoughT The Pain In MY RecTum Would decrease some Because one dOJecT HAd Been Removed BuT iT only seem To WorsTen I HAd To sTand All night In THAT same SPOT All Night Because of PAin iT WAS impossible To SiT, WAlk oR Lay down my MouTh continued To Bleed As Well As MY RecTum I ScreAmed All NighT For someone To Help Me sAying I WAS Dieing (Please someone Help) I Need Medical ATtenTion someone Help, BUT no one CAme.
                    The NexT DAY AbouT 4 Pm OSI InspecTor Russo cAme To MY Room, Her FirsT Words Were OH MY God, How long HAve You Been In THIS Room?) Told Her since YesTerdAY And Would she PleAse Go

GET A CAMERA TO TAKE PICTURES OF ME AND THIS ROOM? She said MY BOSS URRACIA said NO PICTURE NO MATTER HOW BAD IT is, I said would You come In THE Room And LET me write MY STandard OSI Report OSI Rosso said THERE was TO Much Blood All Around MY Room For Her TO ever THINK About STEPPING one FooT In There She Was HAving Me HospiTAlize AT once And she Would cAll A STATE TRooper AT once Because THIS Is A crime And crime sceen securiTY BETTer HAve Medical PicTures For Her departmnT I said No TooK PhoTos of Me OR THE cell THEY FoUnd Me In AFTer THree officers Rushed In MY cell BEAT Me uP And Forced To obSected In MY ReeTom one Is STILL In THere Right now And ITs Killing Me, OSI RUSSo PUT Her HAnd TO Her MouTH And AgAin said (OH MY God) I'm sending You To THe HospiTAl I'll see You THere With THE STATE TroUPers, I WAS TAKen TO THE HospiTAl uPon PHYsical EXAiminaTion of MY ReeTom THE DocTer said He HAs TO Go TO SurGY RightnoW I AsKed THe DR. could He PleAse TAKE PicTures OF MY ReeTom InJury For LeGAl REason He wooK AT THe TWo CoRRecTion officers WHo drove Me THere They shooK THere Heads sAYing No, He said MR. BrighT THIS MUST Be A STAFF Related InJury We HAve A AGreemenT With Doccs No PicTures For securiTY Related InJuries And He WAlKed ouT I was Rushed To SurGY THe DR. said IT AppeArs some GlAss FrAGBmenT's HAd

HAD BROKEN OFF INTO THE WARDS OF MY RECTUM AND
THEY WERE SO SMALL IT WOULD BE IMPOSSIBLE TO RECOVER
ALL OF THEM AND AS A RESULT I WOULD EXPERIENCE
Pain AND DiscomforT FOR THE REST OF MY LIFE BECAUSE
OF THOSE SMALL GLASS PARTICALS BUT He WAS PERSONALLY
MEDICALLY RECOMMENDING THAT I BEGAIN FOLLOW UP TREATMENTS
WITH A RECTUM SURGEON SPECIALIST, IT APPEARS THE COURTS
WERE ASSUMING THIS WAS A PERSONAL REQUEST BEING
MADE BY PLAINTIFF, THAT DEFENDANT, M.D. BENTIVEGNA WAS
NOT MEDICALLY OBLIGATED TO FOLLOW HOWEVER HONORABLE ROMAN
PLAINTIFF NOW SUBMITS TO THE COURTS MEDICAL DOCUMENTS
GIVEN TO HIM AFTER HIS RECTUM SURGERY SO THAT YOU
CAN SEE THIS WASN'T A REQUEST BEING MADE BY PLAINTIFF
BUT A MEDICAL ORDER THAT DEFENDANT BENTIVEGNA WAS
AWARE OF AND INTENTIONALLY DISREGARDED BECAUSE AS STATED
BY HIM "THAT'S NOT HOW THINGS ARE DONE" AT GREEN
HAVEN MEDICAL. THE PEOPLE WILL HAVE THIS DOCUMENT AT
DISCOVERY IF REQUESTED, SOMETIMES AFTER RECTUM
SURGERY, PLAINTIFF GAVE OSI ROSSI AND STATE TROOPER
A STATEMENT AND ASKED THAT SHE HAVE HER OSI
BOSS Y. URRACIA HAVE ME MOVED TO A SAFER JAIL
WHEN THE STATE TROOPER WAS GONE RUSSO SAID "SOMETHING
IS GOING ON WITH YOU" THAT I CAN'T DISCUSS AT
THE MOMENT, BUT IF YOU ARE NOT MOVED NOW IM
GOING FORCE ANNUCEI BY WAY OF OSI RECOMMENDATION
ORDER TO PUT A SAFETY VIDEO ORDER ON YOU AT ALL
TIMES, ITS NOT 100% SURE TO PROTECT YOU FROM STAFF

BUT I don't Know WhaT else↑ᵀᴼᴰᴼ AT THis PoinT You shouldn'T Be In THAT Prison iT's noT safe for You

Based oN THe Above sTATemenT of FacTs PlainTiff Now AsserTs THe Following (DeliberaTe Indifference) To PlainTiff's Medical Needs on DefendanTs (O. Bucolo, OMH Nurse Roessel, T. Griffin, D. Wilkins) (HATE crimes, Sexual And PHYsical AssaulTs And Excessive Force) oN (R. KellY, Dillon, Roggers, All Idan Doe offices Assigned To observe And AssisT In Fisk InspecTion on 2/28/16, LT. Bucolo) PlainTiff WAs Denied (Any And All) Medical AssisTance BY THese Officers As will And Will Leave To courTs DeTerminaTion If THEY should Be Charge with (DeliberaTe Indifference To PlainTiff medical Needs) AT THe Time of THis savage ATTack To DesTroy Evidence AgainsT securiTY...

#7. SomeTime AfTer THe 2/28/16 ATTack I wroTe MR. FRANK SARAT A leTTer Telling Him I could no longer Be A eYe wiTness To His ClienT Kevin BruTcher AssaulT, THAT I HAd Been AssaulT Twice And wanTed NoThing To Do with Him oR His clienT I would noT Be TesTifYing (sorry) I made copies of THis LeTTer And senT THem To A. Annucci, T. Griffin And OSI Y. urricia Along with MR. SARAT Address As Will As His Phone Number As I had Been InsTrucTed BY OMH EmploYees C. Gleason And DR. KARudhce And

ONCE THEse LeTTers Were seNT OSI InspecToR Russo
Immediately STOP WorKiNG For THe DePARTmeNT OF OSI
And WAs PromoTeD TO A SERGEANT AT Green
HAven DePARTmeNT OF CORRecTioNs, I Am NoW
SubmiTTiNG TO THe COURTS As evidence A LeTTer
seNT TO Me BY MR. Frank SARAT ^THe ATTORNEY, THis
LeTTer MAYbe RequesTeD BY THE People ON DiscoverY
RequesT, THis LeTTer Is For THe VALiDATioN of
THese Two unspeakAble ACTs OF HATe And VioleNce
Were done TO Me BY PRison OffiCes And OMH EMployees
TO FoRCE Me AWAY From ACTioNs THAT Were ProTecTed
BY Mey FirsT AmendmeNT RighTs, THese federal ViolaTioNs
AloNg WiTh OThers NoW WARReNT AcTioNs TO Be HeARd
And DeTermined BY THe HighlY HonoReD And RespecTed
NelsoN s. RomaN And A JurY TriAL.

                SomeTime AFTeR THe second sAvAGe
ATTACK BY CORRecTioNal OffiCer's, And THose AcTiNG IN
ConcerT WiTh THem TO HiDe AND DesTorY All
PhYsiCAL EviDeNce, PlAiNTiFF WAs noW ON A < PersoNal
SAFeTY> viDeo oRDer DemAnDeD BY OsI Russo
THis emploYee cAme TO see ^Me And PoiNTeD AT THe viDeo
AsKiNg IF sHe NeeD THAT oN TO come IN MY
Room? We BOTH <smiliNG> AT EAchoTher I sAiD ofcourse
noT WiThouT You IT would never Be Here, SGT
Russo oPeneD THe door TO MY Room And cAme
AinD sAT dowN ON MY HospiTAl Bed Were I NoW

WAS Being Held since The second Assault, Russo
Begain By saying How Bad she felt for me And
How she Wish she could Have done more To Protect
Me from These HORRible Life change events But
she Needed To Be entirely Honest With Me Rightnow
Now Doccs sgt Russo said I WAS sent From
Wende correctional Facility With What Is Known
By Department Employees As A < Promotion contract)
OPP. On MY Head she said iT Had Been order
By ANNucci Because one of The officer's I Had
Agreed To Testify Against WAS DATing And WAS
soon TO MARRY Into The < Griffin) Family THATS
Why I WAS sent To Green Haven This WAS Made
Known To The entire OsI Department Who Were Warned
By Annucci To Get Rid of Any Evidence From All
OsI Investigation staff Related, To Prove What she

Was saying was a fact she pointed at her white shirt saying Rightnow Blot is only a officer, but the Commissioner Annucci will approve his promotion to Sgt. Again after being demoted by the Department for Disciplinary Reasons that are Inmate Related He stays in Departmental Shit, get his Record, and the Rest of the People who hurt you because they should be In Prison, I asked would she be a witness for me? Said she couldn't because she's with Doccs Now and Would Deny ever having This conversation with me She then walked away saying she Hoped I get sent to a Safer Prison Location, Green Haven officials Soon Transfer Russo to a New Location, Because she would stop and talk to me every Time she Past my Room, The last conversation we Had was About Defendant Y. Urraria she said she knew Noout The employee contract on Me, And This is why no Pictures were ever Allowed even at The Hospital and They would Misplace All Physical evidence Involving Me To Help Doccs officials and Her Replacement OSI inspector Would be the Pharr and I was not to Trust Him He was only There to lose And Misplace All Physical Evidence And He would close All OSI Investigations saying No Evidence was Found to support Your Report on Staff (Don't Trust Him) This was the last Time I saw my Friend Russo.

#8. Now Being Able To understand Because of The Facts Given To Me By Sgt Russo I Realize My Life Was Still In Danger AT THAT Prison Because Medical CARE Was Still Being Denied To Me. They Were Merely Housing Plaintiff In A Medical Loction BUT I Remain In Pain daily. The Pain Medication Did nothing To Stop The New Sensation of Feeling Like Being CUT each Time Plaintiff sat dawn. Plaintiff Was no Longer Able To Run or Walk Quickly Without eXtreem Pain In Rectum There Are Medical Reports of Blood Being In Plaintiff Stool Years After These Attacks THAT Medical SAID IS unTreatAble, Plaintiff's Life Harming voice Were unTreated As Will. So Plaintiff And His Family Wrote Annuct saying He Had Gotten What He Want Please Now Transfer Plaintiff To A Safer Prison Location We Were Told (Placement AJusTmenT suiTable) PlainTiff Made numerous More Attemps To End His Life While Being In OMH For one of <sup>Which</sup>↑ Plaintiff Was Told BY Defendant's (C. Gleason, Dr. KaRucke And A. BARTer) THAT He Was Being Medically Discharged He Told These employees He Was still Hearing voice of Self Harm. They said (sorry) The TreatmenT (TeAm) His decided To cleAr You Mr. BARTer Told Me BLACK Lives don'T Matter To Him MAybe To other people BuT not To Him, Plaintiff was Attemping To Protect Himself And Refused To Leave The OMH Area, T. Griffin And D. Wilkins came

TO THE OMH Area And Said MR. BRIGHT WE HAVE A Commissioner Mandated ORDER, TO AbstrAct You From THIs cell BY Force, Officers THen Opened MY OMH MedicAl cell PUT Me In MetAl RestrAints And BY Force PlAintiff Never Resisting WAS TAKEN TO A SHU cell WAS Asked IF I WAS feeling suicidAl SAid Yes 4th WAS PUT In cell AnywAy, Voices of self HARM Over powered PlAintiff He ATtemp TO End His Life A Officer cAn Be seen on CAmerA Cutting PlAintiff down From cell BArs Where He WAS HAnging, PlAintiff WAS SenT TO THE PSYCHIATTic HOSPITAL, BUT Prior TO Going OSI Inspector H. PhARR CAme TO see PlAintiff Said MY Family Were cAlling THe Department Expressing concerns About Your personAl SAFETY BUT We Assured THem No one cAn open Your door without stAting THere NAme, dAte, Time And ReAson Why Your cell WAS Being Opened so You Are sAfe Now THe Department Got WhAt THey WAnted All THe Bosses Are HAppy so WhY THe Hell Is Your Family up our Ass EveryDAY ?? I Told Mr. H. PhARR You Go Tell Your Boss Y. Utticin THis Is not Just About THe Retraction Letter THere Is A SYSTEMATIC Problem With RAce And Non Gender Conforming People In THis prison THe RETRACTION Letter ONLY Exposed THe Problem THAT WAS AlReAdY THere I WAS spit on And cAlled A Homo Nigger And MY Request For OMH Medical Protection Is being Disregard BecAuse THeY Are Telling ME GAYS Are THe MOST

DISGUSTING People ON EARTH And should All Be Dead, MY Life Is NOT SAFE Here, You Have open Evidence To show Your Boss of STAFF Misconduct In THE FACT of OMHE OMH EmploYees FORcing Me OUT of A Medical Area And INTo A cell WHere I Attemped To end MY Life, He AneR LAughed And said BUT You Are still Alive And OMH employees Are OUTSide of OUr Jurisdiction Of InvestigTion, I said well would You WriTe THe people Who do OMH InvestigTion He said THEY don't EXSIST Sorry And Your Life Is NOT In Danger Anymore.

After YeT Another AtTen To end MY Life WITH Pills And Hangings PlaintIff WAS sent To THe PSYCHIATric HospiTAl Where Nurse's And DR. Recommend To MR. AnucciI PlaintIff Be Sent To A New locAtion Hess TOXic To events THAT Trigger self HArm In PlaintIff, THey Me And MY FamilY Wer Ignored BY DefendanT AnucciI And I WAS ReTurned To Green HAven Prison.

ON THe MoErning of 9/5/16 OR THere AbouT PlaintIff WAS WAKen BY Yelling From DefendanT's CodY And SGT JohanI, JohanI WAS AtTemping To Force Nurse CodY To enter PlaintIff's Room With THe Video ORder CodY Told THem Her supervisoR Told Her To Never GO In WithoUT saying Her Name dATe Time And Reason For Opening PlaintIff Room JohanI Said He didnT

Give A RATS Ass About Her OR Her supervisior He Was noT PuTTing THAT camera on THAT HOMO iT was A waste of TAXS PAYers money Fuck THose GAY People, I Told SGT. JohANNI THAT wAsNT RighT WHAT He WAs sAYing, He said SHUT uP HOMO IF I need Your openior "I'll BEAT iT OUT of YOU" As A MATTer of FACT leTs see How MUCH MOUTH YOU HAVe When I GET BACk, Nurse coDY THen entered PlainTiff Room WiThouT sAYing Her name, dATe And Time And Reason For coming In (No video) GAVe me Am Pain MedicATion I said PleAse HelP Me You JusT HeArd Him Go To Your supervisior OR OSI OR someone HelP Me SHe WAlked ouT.

#9 JOHANNI ReTurned To MY Room now WiTh A officer (FreemAN) A Prison employee Known For AssAuTs on InmATes And even OverlY AGGRessive WiTh His FemAle CO WorKers MY Room WAs opened AgAin (off video) BY SGT JohANNI And FreemAn RusHed In And BegAn To HiT And Push me with His sTick And FiTs InsTAnTlY closing One of PlainTiff's eYes SGT JohANNI Yelled TAlk shiT Now NoT so smART now HAH? NexT Time sTAY In A Niggers PlAce You Here BoY? FreemAn THen PuT PlainTiff In A officers Choke Hold subduing PlainTiff To THe Floor PlainTiff In FeAr OFFer no ResisTAnce And while on THe Floor FreemAn Useing His Knee In PlAinTiff BAck BegAin To Remove His PAnTs PlainTiff Being onlY

DRESS IN THE STANDARD OMH BODY WRAPP THIS WAS EASYLY PUSHED UP EXPOSING PLANTIFF'S BUTT TO FREEMAN WHO THEN BEGAN TO VIOLENTLY ANAL RAPE PLANTIFF, SGT. JOHANNI STOOD IN THE ROOM DOOR AS A LOOKOUT FOR ANYONE WHO MIGHT WONDER IN THAT DIRECTION, I SCREAM OVER AND OVER STOP YOU ARE HURTING ME, FREEMAN RESPONSE WAS YOU KNOW YOU (HAVE) THIS DICK, SOMEONE MUST HAVE ATTEMPED TO WALK IN THAT DIRECTION BECAUSE SGT JOHANNI YELLED (GO BACK) THIS AREA IS SECURE TELL EVERYBODY THIS AREA IS SECURE UNTIL OTHER WISED NOTIFIED, SGT JOHANNI ASKED FREEMAN WAS IT GOOD TIGHT NIGGER ASS? FREEMAN SAID HE'S GAY ITS NOT TIGHT AT ALL HE LAUGHED WHILE CONTINUING TO SAVAGELY RAPE ME, SGT JOHANNI TOLD HIM OKAY WE HAD ENOUGH FUN WITH THE NIGGER BUT TEACH HIM A LESSON ON HOW TO ACT IN THE PRESENCE OF WHITE GALS, FREEMAN THEN REPOSITIONED HIS KNEE IN MY BACK PULLED UP HIS PANTS AND SECONDS AFTER I FELT A METAL OBJECT BEING VIOLENTLY FORCED IN MY RECTUM I SCREAMED IN MORE AGONY AS THEY LAUGHED, JOHANNI TOLD FREEMAN COME ON GET OUT OF THERE GO BACK TO YOUR DOG HOUSE BEFORE LEAVING JOHANNI SPIT ON ME AND SAID KEEP YOUR MOUTH CLOSE IF NO ONE IS TALKING TO YOU HE THEN LOCKED MY ROOM DOOR LEAVING ME AGAIN BLEEDING WITH A METAL OBJECT PAINFULY IN MY RECTUM, AT NOON THE VIDEO ORDER RETURNED AS NORMAL IN FEAR OF MY

Two Attackers Returning And Harming Me Again And
In To Much Pain To Walk Because The Metal Object Had
A Sharp Point To It That Cutt me As I Walked
However When The Next Shift Started Plaintiff can
Be Seen Reporting Immediately He Had Been Raped And
Needed Medical Attention, Nurse Cody Came Into Plaintiff's
Room She can Be Seen Taking Plaintiffs vitals,
Plaintiff Told Nurse Cody A metal Object Was In
His Rectum Plaintiff point To Blood All Around His
Room And Ask Nurse Cody To Please Help Him Nurse
Cody Responed saying Did He Take His Medical Meds
This Morning? Plaintiff Then Realized Cody Was Part Of
A Crime Cover up Because She Was The employee Who
Gave Plaintiff's His Am Meds (off video) For Sgt.
Johnni Cody Walked Out Leaving Plaintiff In Pain
And Bleeding extensively From The Rectum, The next
Day OSI inspector H. Pharr Found Plaintiff Injured
Bleeding And In Pain, Inspector Pharr said Bright Now
What Are You Crying About? Told Him I Was
Injured And Need Hospitalization Immediately Because I
Had Been Violently Raped And thive evidence of
The Attack Showed Him my eye still Back From
My Attack And pointed To The Blood on The Floor
Said A Metal Object Was Digging Through The Walls
Of My Rectum Each Time I Walked Please send
Me To The Hospital? He Said I don't Believe You
I Asked Officer Pharr Was Staff Required To

LOGG How And WHY each Time THis Room WAs opened
He SAID Yes Ofcourse Your on A Personal SAFETY Video
ORDER, I SAID A CAMERA Video MUST Support WHATever
THe Written LOGG STATE Happen When THE Room WAS opened
RighT? He SAID Ofcourse, I SAID Well WHAT does THe
Written LOGG STATE Happen YesterDAY AT 8 Am, He ReAd
THe LOGG BOOK STATing InMATE Took Medication And Recieved
Chow Inmate LAYed Down AT 830, I SAID Does iT
SAY (Video CAMerA) WAs used? I SAID WHAT Does THe
LOGG SAY HAppen AT 9 Am He SAID SGT. IchanTI
Signed Your LOGG Book, I SAID OKAY WHAT HAppen AT
10 Am He SAID SGT PeTerson Signed Your LOG Book SAYing
He HAd BroughT Your (Video cAMerA) I SAID Well iT WoUld
Be SAFE To SAY IF SGT Peterson broughT THe cAMerA
AT 10 Am THe Room WAs opened AT 8 Am withouT iT
And SGT IchanTI WAs THe ONLY One With SecuriTy
AuThorizATion To open THis Room, I Asked Inspector
Pharr Well WHAT does THe LOGG SAY HAppen AT 12 Noon
He SAID InmATe Recieve chow (Video used) I PointeD To
THe BlooD All ArounD THe Room, LifTed MY OMNI wrApp
And Show Him MY InJured RecTum And SAID (Please Help
Me) I NeeD Medical Help I WAs RApeD YesterDAY And
THere Is A METAL OBJecT PAinfully In MY RecTum
CuTting Me each Time I SiT OR WAlk, You HAve PhysicAl
Evidence OF THis Room Being open YesterDAY WithouT A
Video AT 8. Am Please send Me To THe HospiTAl, He
SAID He WoUld Go cAll His Boss URRACIA And

See What She Wanted Him To do, H. Pharr came Back And said You Are Right Video Order Was Broken You were Raped And A Object In Your Ass Hurting You Rightnow BUT I'm not Russo So I'm not sending You To Medical I've Been Directed BY MY Boss To write You A Misbehavor Report TO cover MY Ass So Have A wonderful Fuckin Life, OSI H. Pharr THen WALKed AwAY HAving No STATMent From me To TAke BAck To His Department Leaving Me IN Pain Hurt With untreated Rectum Injuries later THAT DAY A Nurse said She WAS Going TO cAll Dr. BenTiveNA. He came To MY Room window SAw THe Blood, I Reported A Violent Anal Rape And said A Object was STill In MY Rectum Told Him I WAS Also Having Trouble BreAthing And HAd Been Spitting up Blood All Night could He Please send Me TO THe Prison clinic OR To THe Hospital TO Remove This Object In MY Rectum, He sAid THATS Just "not How iTs done In Green Haven Medical", THe Nurse Looking Through MY Medical said You havnT sent Him TO even one of His SurGY Follow up Appointments As He WAlked AwAY He could Be Heard Asking THe Nurse ( Do You Know He's Fucking GAY ) AT THis Time I WAs denied Any And All Medical TreAtment BY Defendants ( Y. Urraein H. Pharr, Dr. BenTiveNA) And Accts ( Deliberate Indifference) To MY medical Need PlaintiFF Goes on To AsserT ( Failure To Protect) claims AgainsT ( A. Anucci, Y. Urraein

To GRIFFIN, D. WILKINS C. CODY SGT. JOHANNI) PLAINTIFF ASSERT <Deliberate Indifference) To Medical Needs To <M. SCHMIDT, A. BARTER, DR KARUCHEE, C. GLEASON) PLAINTIFF ASSERTS <ANAL RAPE)<ASSAULT & Battery) <EXCESSIVE FORCE) To FREEMAN And SGT. JOHANNI

10. AT ABOUT 2. AM ON 9/5/16 PLAINTIFF couldn't Believe His eyes When He SAW SGT RUSSO Opening His ROOM DOOR Holding Medication And A Blue LQ, PLAINTIFF Told Her He HAD Been Told She HAD Been Transfered To A NEW LOCATION RUSSO PuT Her HAND To Her MOUTH And MADE The Shhh Sound And Said She WASN'T Even Suppose To Be AT THE Prison Rightnow BuT Someone Told on THE Phone H. PHARR LeFT You Hurt Bleeding From Your RECTUM With Object STILL In Your Rectum, She Said To DRINK THE Blue LQ And TAKE THIS Pill IT Gonna Help Your PAIN THIS Is AII I CAN Do Rightnow, BuT I Promise You Im Gonna GeT You To Five POINT CORR. FAcility IT Will Finally Be SAFE For You, And WITH A LIGHT Kiss To MY Cheek, RUSSO Said She HAD To GO Before Someone CAME WITH A Sad EXPression on Her FACE She WAS GONE, THE METAL OBJect REMAIN IN MY Rectum PAINFUIIY Coming OUT Weeks LATER, I WAS THEN Move To ~~Five~~ Five POINTS AS RUSSO Promised, PLAINT Now SubmiTTs FOIIOW RepoRTs AS Evidence To THE STATED RepoRT.

Willie Bright

# INJuries

Permanent Rectum INJuries, Loss of Teeth
Pain WAlKing, Standing or sitting. No Longer Able To
Run or WAlK Swiftly Without extreem pain To Rectum
Nightmares of Being Ruped And Assaulted. Affraid of
All Prison Staff Emotional suffering Every DAY, Still
Struggle With Feelings of Self HArm Relive Attacks
Years After, Blood on Stool Macments Years After
Feeling of Glass In Rectum Permanent.

# V. LEGAL CLAIMS

PLAINTIFF REALLEGES AND ICORPORATE BY Reference PARAGRAPS 1-10

THE Crimes of (Deliberate Indifference) To Medical Needs (Failure To Protect)( Retaliation) ( Rape) (Assault And Battae)( Sexual Assault)( Sexual Discamination) (Excessive Force)(Hate Crimes Aeainst None Gender confirming People)

PLAINTIFF HAS NO Plain, Adequate OR complete Remedy AT LAW To Redress THE Wrongs Described Herein, Plaintiff HAS Been And Will CONTINUE TO Be IRREPARANLY INJURED BY THE CONDUCT OF THESE DEFENdant's UNless THE CORTS Grants THE Declaratory And Intuntive Relief Which PLAINTiff Seeks.

# VI. PRAYER FoR Relief.

A Preliminary And Permanent INJUNCTION ordering DefedantS( A. ANNUCCI. And Y. URRASIA) TO Respond TO Order To Show Cause To Plaintiff's TRO, All FuTure Sexual Assault On Staff TO Be Overseen BY IG Independant of OSI Inspector.

COMPENSATORY DAMAGES IN THE AMOUNT TO BE
DETERMINED WHEN PLAINTIFF SPEAKS TO ATTORNEY ABOUT
THIS MATTER

PUNITIVE DAMAGES SAME AS ABOVE.

A. JURY TRIAL QUICKLY

ANY ADDITIONAL RELIEF HON. ROMAN DEEMS JUST AND
PROPER.

DATED: Nov 25 21

Willie Bright
CLINTON CF
BOX 2000
DANNEMORA NY. 12929

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT
AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE
TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND
BELIEF, AND AS TO THOSE, I BELIEVE THEM TO BE TRUE, I
CERTIFY UNDER PENALTY OF PERJURE THESE FACTS ARE TRUE,
Willie Bright EXECUTED AT CLINTON C.F. NY ON Nov 25 2021

CERTIFICATION COMPLAINT

UNITED STATES DISTRICT CORT
Southern District of New York

Willie BRIGHT

v

ANTHONY ANNUCCI  et Al.,

18-cv-11111

SWORN TO BEFORE ME THIS

x 26 DAY of November 2021

NOTARY PUBLIC

MICHAEL L MILLER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MI6424453
Qualified In Clinton County
My Commission Expires Nov. 01, 2025

Willie Bright



# FRANK A. SARAT, ESQ.



12 South Main Street
Suite 305
Post Office Box 288
Homer, New York 13077

phone: (607) 749-2146
fax:     (607) 749-2147
email:  fsarat@gmail.com
*Service by Fax or other Electronic
Communication Not Accepted*

August 28, 2014

Willie Bright
#91A4231
Wende Correctional Facility
Wende Road, Post Office Box 1187
Alden, New York 14004-1187

**Re:   Kevin Brutcher v. State of New York**

Dear Mr. Bright:

Thanks for sharing these photos with me.

But I repeat:
*I will continue if and when I get a signed and notarized statement from you fully describing what you saw and heard the evening that Kevin was injured. Without that, it's irrational for me to continue.*

On another note, I know that you and Kevin have a 50/50 deal. But if we get a recovery, I get 1/3 and Kevin gets 2/3. What he does with his portion is his business and I can't get involved with that. Kevin is my client.

Sincerely,

Frank A. Sarat

Pc:   Kevin Brutcher

FORM 3105A (7/11)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

Name: Bright    DIN: 91A4231    Date of Birth: 2/7/70    Facility Name: 0806ACF

**Subjective:** PT. BROUGHT TO CLINIC
P ALLEGATIONS STAFF MEMBER
STUCK FINGER IN HIS RECTUM.

Last Name: BRIGHT    DIN: 91A4231    Location: 930J
Date: 12/30/15    Time: 12A

**Objective:** ASSESSMENT REVEALS    Provider Orders: _____

**Assessment:** Ø TRA Ø OBSERVABLE TRAUMA.
V/S STABLE.

**Plan:** PT. SENT TO MVH :PER PROTOCOL.

Signature/Provider #: R Magge RN344    RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Pt returned from MVH
All test negative.
Pt refuses Vital Sign

Last Name: Bright    DIN: 91A4231    Location: _____
Date: 12/30/15    Time: 5:65 A

**Objective:**    Provider Orders: _____

**Assessment:** Check. He is A+o x3. ambulatory.
Now he is in IPC on 1:1 Suicide Watch

**Plan:**

Signature/Provider #: W    RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** IPC D/C

Last Name: Bright    DIN: 91A4231    Location: IPC → RCTP
Date: 12/30/15    Time: _____

**Objective:** HCTZ 25y P.O. QAM
x30d RFxS 1:1

Provider Orders:

**Assessment:** Prilovec 20y P.O. QD
x30d RFxS 1:1

**Plan:**

Signature/Provider #: _____    RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.



## VI.  STAFF DUTY TO REPORT

A.   An inmate may report an incident of staff-on-inmate sexual abuse or an allegation of retaliation concerning an incident of sexual abuse to any employee. The employee shall immediately notify his or her supervisor or the Watch Commander pursuant to Section V, above.   The initial inmate report may be verbal or in writing.

B.   All employees, regardless of title, are under a duty to report:

   1.   Any sexual conduct (sexual intercourse, oral sexual conduct, anal sexual conduct, aggravated sexual contact, or sexual contact) between another employee and an inmate;

   2.   Any inappropriate relationship between another employee and an inmate;

   3.   Any act of staff voyeurism; or

   4.   Any allegation of retaliation for reporting an incident of sexual abuse or for participating in an investigation of an allegation of sexual abuse.

C.   Such duty to report shall include any knowledge or a reasonable belief that the employee has of any sexual conduct taking place or that has taken place between any employee and any inmate. Any employee having either knowledge or a reasonable belief of any sexual conduct, including sexual contact, taking place or having taken place between any employee and an inmate, any inappropriate relationship between any employee and an inmate, or any act of staff voyeurism has a duty to report such information to their immediate supervisor, who shall immediately notify the Watch Commander of the correctional facility where such sexual conduct is taking place or has taken place.  In the event the immediate supervisor is not available, the employee shall immediately notify the Watch Commander directly.

D.   Any employee who receives a report of a sexual abuse incident as outlined in IV-B, above, involving an offender who is being supervised in the community has a duty to report such information to their immediate supervisor, who shall immediately notify the Office of the Inspector General.  In the event the immediate supervisor is not available, the employee shall immediately notify the Office of the Inspector General directly.

E.   Any employee who receives a report of sexual abuse or has either knowledge or a reasonable belief of any sexual conduct, sexual contact, inappropriate relationship or staff voyeurism between an employee and an inmate, or any act of retaliation against an inmate for reporting an incident of sexual abuse or for participating in an investigation of an allegation of sexual abuse, and who fails to report such information is subject to disciplinary action.

Both Sides Need Copy

FORM 3105A (7/11)        STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name Bright | DIN 91A4231 | Date of Birth 2/7/70 | Facility Name GreenHaven |
|---|---|---|---|

**Subjective:** Inmate A+O×3. Refused vitals + weight. Continues on hunger strike. Took All meds

**Objective:** except omeprazole.

**Assessment:** No other c/o at this time

**Plan:** will continue to monitor.

Last Name Bright
DIN 91A4231   Location PSU
Date 1/4/16   Time 930am
Provider Orders:

Signature/Provider # BDulan LN     RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Inmate C/o Spitting up blood. Upon Examination of inmates mouth there was no evidence that OF

**Objective:** trauma or injury. There are several spots of blood on the

**Assessment:** Floor. Inmate refuses to let nurse examine him. It appears that the blood is coming from his anus. Continues to refuse medical assistance.

**Plan:** Called provider on call Dr. Wolf per providers orders Do Vitals @ 10¹¹, 3ᴬᴹ report any abnormalities to Provider on Call Dr. Wolf will continue to monitor Pt. 1/7/16 @ 8⁴⁰ᴾ

Last Name Bright
DIN 91A4231   Location INF-D
Date 1/7/16   Time 840p
Provider Orders:   BP 159/101
T-98.3
HR-100
O2-97%

Signature/Provider # M Schmidt RN     RN Transcribing Order/Provider #/Date/Time 1/7/16 @ 8⁴⁰ᴾ

---

Hunger Strike Eval.

**Subjective:** Pt transferred to RCTP overnight. Seen in Lunch Today. c/o "coughing up blood". Says his nose is a little stuffy, blw period

**Objective:** ~100/90
100
Appears in no distress. Lungs clear,

**Assessment:** no egophony is noted. No blood noted in mouth. Several spots of blood are noted

**Plan:** on floor. Pt was poorly compliant with his Hx/med imp - hungry strike, poor med compliance, manipulative behavior. Likely some of blood is his nose

Last Name Bright
DIN 91A4231   Location RSU
Date 1/8/16   Time
Provider Orders:

Signature/Provider # D____     RN Transcribing Order/Provider #/Date/Time _____

Plan - Continue to observe ___, ___ med compliance

Continue entry into next box if necessary.



Date: 02/29/16
Acct Num: W00002145233
Med Rec Num: E000056786
Name: WILLIE BRIGHT
Location: EMERGENCY DEPT
Primary Provider: CORDOVANO,STEVEN DO

# Patient Visit Information

**You were seen today for:**

Foreign-body anus/rectum

## Staff

Your caregivers today were:

Primary Provider     CORDOVANO,STEVEN DO
Midlevel Provider

## Patient Instructions Reviewed

RECTAL FOREIGN BODY, Removed (Adult)

 received 02/29/16 20:33

## Activity Restrictions or Additional Instructions

follow up with gi return to ed any further problems.

## Follow-up

BRIGHT,WILLIE has been referred to the following clinics/specialists for follow-up care:

BURROWS,PAUL MD, MD
1 WEBSTER AVE STE303
POUGHKEEPSIE, NY  12601
845-452-9800

(H)

IN THE UNITED STATES DISTRICT COURT

FOR THE Southern District Of N.y.

CHARLIE Flow

    PLAINTIFF

                           DECLARATION

      V.                  CIVIL  ACTION

ANTHONY ANNUCCI &          NO.  18 CV- 11111

    DEFENDANTS

CHARLIE Flow hearby declares

   I HAVE been INCARCERATED IN GREEN HAVEN SINCE OCT. 2015. SINCE JANUARY OF 2016 I Been HOUSED I E-Block. I AM CURRENTLY IN CELL E-337 willie BRIGHT AND I BOTH was on Z-COMPANY AT THE TIME OF INCIDENT OF HIS Claim.

NO ONE FROM O.S.I or law enforcement ever came TO Speak TO me ABOUT WHAT I SAW or HEARD on Feb. 28, 16

   I Declare under THE PENALTY OF PERJURY THAT the THE FORGOING Is True & Executed AT GREEN HAVEN on OCT. 1, 2018

                           Charlie Flow

210

MONDAY 9-5-16 TOUR I 11Pm 7Am

630Am IN/m Asleep

645Am IN/m Asleep. Inmate moved.

700Am IN/m Asleep.

715Am IN/m Asleep.

## Suicide Watch

Today's Date: 9-5-2016   Day: Mon   Shift: 0700   Officer: Tolen

Inmate's Name: Bright   DIN: 91A-4231

Security Supervisor: _____

Time Watch Started: 0700   a.m./p.m. (circle one)

Name and Title of Who Authorized Watch: OMH

Reason for Watch: _____

Type of Watch (check one):
- ✓ One on One Suicide Watch
- ___ One to Two Suicide Watch

Minimum Standard Items Issued to inmate:
- ✓ 2 Mats
- ✓ 1 Smock
- ✓ 1 Mattress
- ✓ Paper Slippers

All Minimum Standard Items Inspected Prior to Distribution By: _____

Name and Title of Who Authorized Issuance: _____

Date Removed From Suicide Watch: _____

Time Removed From Suicide Watch: _____ a.m./p.m. (circle one)

Name and Title of Who Authorized Removal: _____

Final Placement of Inmate: _____

| 0700 | CO Tolen on duty with all NYS state equipment w/ appears operable for a watch of Inmate bright 91A 4231 who appears to be alive and breathing movement noted |
| 0715 | Inmate appears sleeping |
| 0730 | Inmate appear sleeping |
| 0745 | Inmate appears sleeping |
| 0750 | ✓ - CO Fulton on post to revive CO Tolen |
| | - Inmate appears sleepling |

211

# Monday 9-5-16 Tour II

0800 inmate appears to be asleep

0815 inmate took meds and recieved chow
Styro tray, hot cereal, (4) Slice bread, jelly, butter
(2) milk, (1) coffee (1) juice, Sugar, eco spoon

0830 inmate laying down

0845 inmate laying down
—all feed up garbage removed from cell

0900 inmate laying down

0915 inmate laying down

0930 inmate laying down

0945 inmate laying down

0955 Sgt _____ Sethmanced ___

1000 inmate laying down

1010 Sgt Petersen brought digital video c

1015 inmate laying down

1030 inmate laying down

1045 inmate laying down

1100 inmate laying down

1015 inmate laying down

1130 inmate laying down

1145 inmate laying down

1200 inmate recieved chow - Styro tray, (2) hamburgers (2) toddles, (2) buns
(1) juice, (1) frozen ice, (1) eco spoon - Video camera used

1215 inmate laying down

1230 inmate laying down

1245 inmate laying down

209

MONDAY 9-5-16 TOUR I 11pm-7AM

12:15Am IN/m Asleep
12:30Am IN/m Asleep
12:45Am IN/m Asleep
1:00Am IN/m Asleep          INMATE moved
1:15Am IN/m Asleep
1:30Am IN/m Asleep
1:45Am IN/m Asleep
2:00Am IN/m Asleep          INMATE moved
2:15AM IN/m Asleep
2:30 Sgt A Russo around Acts.
2:45Am IN/m Asleep
3:00AM IN/m Asleep          INMATE moved
3:15Am IN/M Asleep
3:30Am IN/m Asleep
3:45Am IN/mate Asleep
4:00AM IN/m Asleep          INMATE moved
4:15Am IN/m Asleep
4:30Am IN/m Asleep
4:39 Lt Walsh Round
4:45Am IN/m Asleep
5:00Am IN/m Asleep          INMATE moved
5:15Am IN/m Asleep
5:30Am IN/m Asleep
5:45Am IN/m Asleep
6:00Am IN/m Asleep
6:15Am IN/m Asleep          IN mate moved

Grievant  BRIGHT          Number  91A4231          Cell  G3-305

| NEW YORK STATE Corrections and Community Supervision | Grievance Number 81498-15 | Date Filed 12/7/2015 |
| --- | --- | --- |
| | Title THREATS | Code 49 |
| Inmate Grievance Program | Superintendent's Signature | Date 12-28-15 |

The grievant complains of threats.

According to the investigation the grievant was interviewed by Sgt. C.  The grievant provided no witness to substantiate his allegations.  The grievant stated that the officer who signed the 2068 form on the morning of 12/5/15 was the officer he referred to in his grievance.

CO S was interviewed by Sgt. C.  She was the officer that signed the 2068 form and was Package Room #1 on 12/5/15.  A written statement has been obtained.  CO S denies the grievant's allegations.  On the date in question all visitor packages were not processed prior to visiting hours being completed.  The inmates, including the grievant, whose packages were not processed were notified they would be placed on a callout to receive their package as soon as they had completed processing.  CO S states that at no time did she threaten the grievant or have any knowledge of any incident he witnesses in another facility.

The grievant has signed for and receive his package.  According to the investigation the grievant's allegations could not be substantiated.

*** Grievance is denied only to the extent noted above.

---

**Appeal   Statement**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk.  You have seven (7) calendar days from receipt of this notice to file your appeal.  Please state why you are appealing this decision to C.O.R.C.

THIS IS NOT TRUE, I WAS THREATEN THAT IF I DIDNT RETRACT MY WITNESS TESTIMONY I COULD NOT GET FOOD PACKAGES, AND GAYS WERE NOT ALLOWED PACKAGES

_Willie Bright_                                    12/30/15
Grievant's Signature                              Date

---

Grievance  Clerk's  Signature                         Date 

Form 2133 (Rev. 2/89)

ATTN: COURT PLEASE FORWARD THIS LEGAL ATTCTION TO ATTORNEY General < Julinda Dawkins) PLAINTIFF HAs LOST THe Address

CLINTON CORRECTIONAL FACILITY
P.O. BOX 2001
DANNEMORA, N.Y. 12929

NAME: *Willie Bright*  DIN#: 91-A-4231



RECEIVED
DEC 03 2021
U.S.D.C.
W.P.



Clinton
☆
Correctional Facility

NEOPOST
11/29/2021
US POSTAGE $005.59⁰

ZIP 12929
041M11272305



WP
NY



PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U. S. COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, 10601

S.H.U. LEGAL MAIL



UNITED STATES
POSTAL SERVICE®
USPS TRACKING #

9114 9022 0078 9706 4796 16

Label 400  Jan. 2013
7690-16-000-7948