UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022
```

-----------------------------------------------------------------X

WILLIE BRIGHT,

    Plaintiff,

-against-

                                                  18-CV-11111 (NSR) (PED)

                                                  Plaintiff's Request to Strike
                                                  Doc. No. 151. SC Fling.

ANTHONY ANNUCCI, et al.,

    Defendants.

-----------------------------------------------------------------X

**MEMO ENDORSED**

Hon. Judge Nelson Roman,

    In the interest of helping Mr. Bright, I respectfully request that my supplemental complaint pleading, Docket No. 151, filed while I was still representing Mr. Bight, be stricken from the record pursuant to Mr. Bright's wishes. Docket No. 177. He now deems the pleading as not reflective of our telephone conversation and does not which for it to "prejudice," his position on the supplemental complaint before Judge Davison. When the pleading is removed, this will allow Mr. Bright to better begin his self-representation.

    I also request that Mr. Bright be allowed to re-file any response he deems fit to articulate a complete approval of his wishes for supplemental complaint approval.

    Please accept this request as part of my professional withdrawal obligations to the Court consistent with Plaintiff's interest.

Dated: October 6th, 2022

                                                    KISSINGER N. SIBANDA Esq
                                                            Plaintiff's Attorney
                                                                   PO Box 714
                                                        Livingston, New Jersey 0739
                                          By: /s/ *Kissinger N. Sibanda* KISSINGER SIBANDA

Tel: (862)250-9684

---

This Motion has been DENIED on the basis that the movant, Kissinger Sibanda, is no longer representing Plaintiff Willie Bright. The Court reminds Mr. Sibanda that he is no longer counsel of record and can no longer make representations on behalf of pro se Plaintiff. To the extent pro se Plaintiff seeks to have the pleadings previously filed by then-counsel stricken (ECF No. 151), pro se Plaintiff must file a declaration making such representation. The Clerk of Court is kindly directed to terminate the motion at ECF No. 181 and to mail a copy of this Endorsement to pro se Plaintiff at his address listed on ECF and to show service on the docket. **SO ORDERED:**

DATED: October 7, 2022

                                                 HON. NELSON S. ROMAN
                                                 UNITED STATES DISTRICT JUDGE