UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
: 18 Civ. 11111 (NSR)
WILLIE BRIGHT,
:
:
Plaintiffs, : **ORDER AUTHORIZING**
: **THE DEPOSITION OF**
-against- : **INCARCERATED PLAINTIFF**
:
ANTHONY J. ANNUCCI, *et al.*, :
:
Defendants. :
------------------------------------------------------------------ X

    Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Willie Bright, DIN 91-A-4231, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

    Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action. Defendants directed to mail a copy of this Order to *pro se* Plaintiff and file proof of service on the docket.

Dated: October 18, 2024                           SO ORDERED

                                                                _____

White Plains, NY                           Hon. Nelson S. Román
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2024