**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF New York

Willie BRIGHT
V
ANTHONY J. Mucci, ET AL

18-CV-11111
NSR.
MOTION For ATTORNEY

ATTN: Judge Roman

Sir Please Be Advised I've Been Sent many Papers BY Both Attorney In This Case Asking Question That I Don't understand As You Know I Take Mental Health Medication Every night, on Top of This my Glasses where not sent From MY Last Jail and most of the Legal Terms In This Paper work I have no Idea what IT mean, BUT The FACT of The matter Is This MY Case Is About Me Being Physically And sexually Hurt By STAFF on 4 Major Times, I was Rushed To The outside Hospital For Medical Help and A Plan was made By correctional officers And DR Ruvo To Give Me A XRay For contraband, He Pretended

I was there for contraband, and ignored all reports of a anal injury and sexual assault to justify not calling law enforcement just as the officer told him to do, this is the foundation of this civil action, a OMH nurse employee found me completely nude and injured in my cell, prison medical where force by this person to have me sent to the hospital I've sent this court medical documentation of blood being all around my cell on the night I was sent to DR Ruvo, He did nothing to treat my injury or even stop the bleeding, now his attorney is sending me question and forms pretending he asked me all of these medical question on that night, these are lies, he was laughing and joking with officers not asking medical question, As to any question required of me about the events this case is based on without a attorney I'm lost be free to have both attorney's question me on tape, I have questions for the defendants And there is also a problem Judge Roman you allowed the John Doe defendant who forced me to keep bending and squating until the battrie came out my rectum, you made them part of this civil action and the state attorney has yet to Id these defendants that is a major part of this case because

It show officer where attempting to get rid of evidence of a sexual assault, it doesn't matter how many years pass I live with those attacks, so we are still looking for 4 people, the two officer who took me to OMH on the second attack and the two people who came in the isolation ward to do the OMH strip frisk, who were slapping and punching me to get the battrie out I have question for those defendants, OSI Russo found me in a room covered in so much blood she refused to take one step in that room, I'm going to need the defendants account of what happen in all the events I was attack, the state attorney is attempting to move these attacks all over the place with grievance and misbehavior reports and call officer who have nothing to do with the case to confuse these events will I want to question each person she intends to call as a witness and names of those witness, I also have inmate witness in other jails, employee witness Brett, his testimony to how he saw me at 4pm and then when he came back at 8pm, what officials are saying happen on each account of the attacks a attorney is need inmates can't

write other inmates, There IS A eye witness To The Second Attack, There where eye witness To The First Attack BY M. Blot, I need The video of when I Attempt To end my life In SHU, After I Told OMH employee I was suicidal, I need Statement From the OMH employees To establish Deliberate Indifferent To my Personal Health And Safety, So I need A Attorney To help me understand These State Attorney Questions And Request, And To Get Statements From my Witness

Plaintiff made a similar motion on September 23, 2024, which this Court denied by order entered October 16, 2024. (ECF No. 293) In the October 16th order, after deciding the issue regarding appointment of counsel, the Court advised Plaintiff of alternative resources available to him at the City Bar Justice Center that may help him obtain legal advice.

Plaintiff's request is DENIED for the reasons stated in the October 16th order.

*Willie Bright*
*Oct 23 24*

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 297.

SO ORDERED.

*[signature]*
Hon. Victoria Reznik, U.S.M.J.

Dated: 11/7/2024

ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Willie Bught   DIN: 91-A-4231

ELMIRA CORRECTIONAL FACILITY

RETURN SERVICE REQUESTED

neopost
10/24/2024
US POSTAGE $




ZIP 14901
041L11251115

COURT CleRK
UNITED STATE DISTRICT COURT
Southern DISTRICT oF NEW YoRK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

1000781316