USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Willie Bright,

                              Plaintiff,                      18-cv-11111-NSR-VR

             -against-                             **ORDER**

Anthony J. Annucci, et al.,
                              Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       In December 2021, Plaintiff filed a second amended complaint in this action. (ECF No. 122). In that complaint, he listed "John Doe Strip Search Officers" as defendants, but he could not identify them by name. (*Id.* at 4). In deciding recent motions to dismiss by the DOCCS Defendants and Defendant Ruvo, Judge Román concluded that Plaintiff's claims of deliberate indifference, sexual assault, and excessive force in connection with the alleged February 2016 Assault against "all John Doe Officers assigned to observe and assist in the inspection of Plaintiff on February 28, 2016" survived dismissal. (ECF No. 276 at 23).

       At a recent status conference, Plaintiff asserted that the John Doe Strip Search Officers were never identified by the DOCCS Defendants, unlike previous unnamed defendants who were so identified. (ECF Nos. 27, 44, 69, 80, 215). The Court's review of the docket did not clarify the matter. And during the conference, the DOCCS Defendants could not confirm either way. Thus, the DOCCS Defendants are directed to investigate whether they have identified the

1

John Doe Strip Search Officers previously and included them in their discovery responses to date. The DOCCS Defendants are directed to submit a status letter to the Court, by no later than December 6, 2024, updating the Court on the findings of their investigation.

    **SO ORDERED.**

DATED:    White Plains, New York
               11/26/2024

_____
VICTORIA REZNIK
United States Magistrate Judge