UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Willie Bright,

                              Plaintiff,

            -against-

Anthony J. Annucci, et al.,

                             Defendants.
------------------------------------------------------------------X

18-cv-11111-NSR-VR

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      In Plaintiff's second amended complaint, he asserted causes of action against Defendants "John Does Strip Search Officers." Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Valentin*, 121 F.3d at 76. The Court received correspondence from counsel for the DOCCS Defendants, the New York State Attorney General, on December 6, 2024, regarding efforts to identify those unnamed defendants in this action. (ECF No. 305).

      Based on the information provided by Plaintiff in the second amended complaint, Defendants were unable to identify the five "John Does Strip Search Officers" who allegedly assaulted him in the Office of Mental Health strip search area of the Green Haven Correctional Facility on February 28, 2016. Plaintiff is thus directed to provide further descriptive information to assist the DOCCS Defendants in identifying the five "John Does Strip Search Officers." Plaintiff must provide that information to the DOCCS Defendants and the Court by no later than January 10, 2024. The DOCCS Defendants must provide

1

the identities of the John Does Strip Search Officers to Plaintiff and the Court based on Plaintiff's supplemented description by no later than February 7, 2024.

Upon receipt of this information, the Court will issue an order directing the Clerk of the Court to send instructions to Plaintiff to effect service on this Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure. Additionally, at that time, the Court may also substitute the proper names of the Defendants on the docket. FED R. CIV. P. 15(c).

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on ECF and show proof of such service on the docket.

**SO ORDERED.**

DATED:   White Plains, New York
         12/17/2024

_____
VICTORIA REZNIK
United States Magistrate Judge

2