```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------,

   Bright,

                            Plaintiff(s),        **7:18 cv 11111 NSR-VR**

   Annucci, et al,                                  **ORDER**

                            Defendant(s).
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

Please note the new dial in information for Judge Reznik's telephone conferences:

As of December 1, 2024, all telephone conferences will be conducted on Cisco Webex unless otherwise noted.

Dial into **855-244-8681; enter Meeting ID 2310 527 2044 and then # to enter the meeting**.

Please use this number for the conference on **1/2/25 at 11 am**.

      **SO ORDERED.**

DATED:    White Plains, New York
             December 18, 2024

                                          _____
                                          VICTORIA REZNIK
                                          United States Magistrate Judge