**MEMO ENDORSED**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2024 DEC 12 AM 11:21

Willie Bright
    vs
Anthony Annucci, et al.,

> MOTION TO COMPEL THE
> Production of Documents,
> Defendants Testimonies
> All videos surrounding
> This claim, or Assignment
> of Attorney

State Attorney Metthan is Objecting to the Production of Documents And Defendant Testimonies And videos on The Grounds That Giving such to a Inmate would Jeopardize Institutional Safety And Security of Staff, Thus The State would Feel More Comfortable with Giving These Documents, videos And Defendant Testimonies to a Legal Attorney, none of my Request Jeopardize safety or Security Risk to The Prison or Defendants And All Investigations surrounding These Events Have Been Completed And Closed Years Ago By Both DOCCS And OSI Defendants

The State Has Listed 18 witness from The Dec 29 2015 Assault By Defendant M. Blot And Has Listed Former

surrounding the elements of this claim, counsel is apparently now needed seeing the State will not put this information in the hands of a inmate for security of both the prison and defendants, Prison officials here at Sing Sing will be forced to find a location for me to both view ahh videos and listen to ahh audio tapes, then arrange for me to review ahh OSI investigation reports and Doccs investigation reports because they certainly are not going to allow me to bring these things back to my cell to review them, without this information I have no idea what the defendants are actually disputing in my claim, Judge Reznik has told me that I can question the defendants and I do have questions for each defendant, But defendant Ruvo is not cooperating with my request for question and the production of documents request, I need these defendants version of events concerning the ~~~~ events of the Dec 29, 2015, Feb 28, 2016 Dec 5 2016 Anal Rape and Assaults, This is my Pro se motion to compel in pursuant to Rule 37(A)(2) Fed. R. Civ. P., State Attorney Pro se concerns make it impossible to litigate adequately Pro se (Johnson v. Howard, 20 F. Supp 2d 1128, 1129) Again it should be noted the courts June 13 2024 decision and order the court has found ahh (John Doe) escort officers liable of (Deliberate Indifference and Sexual Assault) in connection with the Kelly, Dillon and Rogers sexual assault and beating in my cell, I need these defendants version

of events, Physical Evidence was Removed By Them To Cover up what Happened In my cell, They must Be named and made Defendants If State Attorney on her own Is unable To locate These 4 Defendants Assignment of Counsel should Help The Process

*Willie Bright*

Upon due consideration, Plaintiff's letter motion to compel production is **DENIED** as moot, but without prejudice to renew if necessary.

As to Plaintiff's argument that Defendant Ruvo was being uncooperative and failed to respond to Plaintiff's interrogatories, the time for Ruvo to respond has not expired and Ruvo's counsel confirmed at the recent Court conference that she timely mailed Ruvo's responses to Plaintiff on 12/31/2024.

As to Plaintiff's argument that the DOCCS Defendants failed to provide him with audio, video, and other paper discovery, Plaintiff never made a formal request to view that discovery at his correctional facility. As discussed during the conference, Plaintiff is directed to coordinate with the DOCCS Defendants to schedule a time to review those materials at the facility, but he will not be permitted to keep the documents in his possession. If Plaintiff chooses to rely on that discovery in motion practice or at a subsequent trial, which he is permitted to do, the DOCCS Defendants must submit them to the Court at his request. If Plaintiff believes the DOCCS Defendants are not timely responding to his requests to view the discovery, or are not providing him with sufficient time to view it, he is directed to contact the Court.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 306.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 1/2/2025

SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, NEW YORK 10562

NAME: Willie Bright    DIN: 91-A-4231

WESTCHESTER NY 105
9 DEC 2024 PM 4 L

FIRST-CLASS MAIL
US POSTAGE $000.69
12/05/2024
ZIP 10562
041M11470503

Correctional Facility

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

USDC SDNY

RECEIVED
SDNY PRO SE OFFICE
2024 DEC 12 AM 11:21

LEGAL MAIL