UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Bright,

                            Plaintiffs,

        -against-

Annucci, et al.,

                            Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:18-cv-11111 NSR VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **March 19, 2025 at 11 am**. The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

      SO ORDERED.

DATED:    White Plains, New York
               February 12, 2025

                                                 _____
                                                 VICTORIA REZNIK
                                                 United States Magistrate Judge