```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Bright,

                                               Plaintiffs,

                -against-

Annucci, et al.,

                                        Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:18-cv-11111 NSR-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for September **18, 2025 at 10:30 am**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.**

      **SO ORDERED.**

DATED:      White Plains, New York
                    August 12, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge