**MEMO ENDORSED**

## Law Office of Amy Jane Agnew, P.C.

Honorable Victoria Reznik
Magistrate Judge, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

September 4, 2025

**VIA ECF**

**Re:** *Bright v. Annucci, et al.,* **18-cv-11111 (NSR)(VR)**

Dear Judge Reznik:

  Our office serves as *pro bono* counsel to Plaintiff, Willie Bright. I write to respectfully request an adjournment of the Court's status conference scheduled for September 18, 2025.
  We will be joined in this matter by *pro bono* counsel from the firm Cohen Gresser, Michele St. Julien. Ms. St. Julien is being sworn into the bar of the EDNY tomorrow and will immediately thereafter complete her application to waive into the SDNY. Defendants' counsel would like to defer execution of the Confidentiality Stipulation until after Ms. St. Julien appears on the docket, and consequently defer sharing the materials Defendants have designated "Confidential," or "Attorney's Eyes Only" until execution. While we feel the arrangement is a bit formalistic, we do not have any *bona fide* objections.
  Additionally, I will be traveling the following week as my youngest child will be receiving his Naval Officer Commission. The adjournment will give the parties additional time to get Ms. St. Julien's appearance in, to execute the Confidentiality Stipulation, give Plaintiff's counsel time to review the documents produced pursuant thereto, and to meet and confer on the issue of naming Defendants identified pursuant to the fictitious party rule. If the Court could accommodate counsel after September 29, 2025 we would be incredibly grateful though we certainly defer to the Court's calendar. Ms. Snitily, who represents Defendant Ruvo, indicates that she does have a trial commencing on October 6, 2025.

  We thank the Court for its courtesies.

**Plaintiff's request is GRANTED. The telephonic status conference is adjourned to 10/1/2025 at 10:30 a.m. The instructions for the parties to dial in for the conference remain the same and may be found in ECF No. 359.**

**The Clerk of Court is kindly directed to close the gavel associated with ECF No. 363.**

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Pro Bono Counsel for Plaintiff*

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 9/4/2025

---

*New York Office*  (973) 600-1724  aj@ajagnew.com  *New Jersey Office*
24 Fifth Avenue, Suite 1701                          36 Page Hill Road
New York, NY 10011                                    Far Hills, NJ 07931