USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/2/2026 __

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Willie Bright,

Plaintiff,                                 18-cv-11111-NSR-VR

-against-

Anthony Annucci et al.,                                **ORDER**

Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

At a status conference on December 17, 2025, the parties were directed to meet and confer regarding the individuals who should be named in place of the John Doe Strip Search Officer defendants in this matter. (ECF No. 379). Shortly thereafter, the parties submitted a letter identifying six individuals they believed should be substituted. (ECF No. 381).

Accordingly, the Clerk of Court is directed, under Rule 21 of the Federal Rules of Civil Procedure, to amend the caption of this action to replace Defendant John Doe Strip Search Officers with Frank J. Polito, Robert J. Womascsko, Shawn Morris, George Santos, Robert J. Cocuzza, and Michael Azzinaro. A copy of the complete amended caption is annexed to this order. This amendment is without prejudice to any defenses these defendants may wish to assert.

The Clerk of Court is kindly directed to electronically notify the New York State Office of the Attorney General and Suzanna Publicker Mettham, its

1

counsel in this action, of this order. The Court requests that Defendants Polito, Womascsko, Morris, Santos, Cocuzza, and Azzinaro waive service of summons.

**SO ORDERED.**

DATED:     White Plains, New York
           1/2/2026

 

VICTORIA REZNIK
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIE BRIGHT | : |
| Plaintiff | : |
| | : |
| v. | : |
| ANTHONY J. ANNUCCI, MICHAEL AZZINARO, | : |
| ADAM BARTA, ROBERT BENTIVEGNA, MICHEL | : |
| BLOT, ORAZIO BUCOLO, ROBERT COCUZZA, | : **SECOND AMENDED** |
| CHARLENE CODY, CHRISTOPHER J. DILLON, | : **COMPLAINT** |
| WARREN C. FREEMAN, COLLEEN GLEASON, | : |
| THOMAS GRIFFIN, ROBERT JOHANEMAN, | : 18-cv-11111(NSR)(VR) |
| RICHARD KELLY, SHAWN MORRIS, FRANK | : |
| POLITO, UZMA QURESHI, SUZANNE ROESSEL, | : |
| PAUL ROGERS, ANTHONY RUVO, GEORGE | : |
| SANTOS, YANIRIS URRACA, DONALD WILKINS, | : |
| and ROBERT J. WOMASCSKO. | : |
| | : |
| Defendants. | : |
| | : |
| | : |