```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/26/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Willie Bright,

                                    Plaintiff,                                      18-cv-11111-NSR-VR

                    -against-

Anthony J. Annucci et al.,                                             **ORDER TO STRIKE**

                                    Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On January 23, 2026, Mr. Bright submitted a letter directly to the Pro Se Office requesting pro bono representation and raising additional issues. That letter was subsequently entered on the docket at ECF No. 385. But Mr. Bright is already represented by counsel, who has been regularly conferring with the Court. Thus, the January 23rd letter was mistakenly entered on the docket.

All parties are directed to disregard ECF No. 385, and Mr. Bright is directed to confer with Ms. Agnew, his current pro bono counsel, about any items he wishes to file on the docket. The Clerk of Court is kindly directed to strike ECF No. 385 from the docket and close the gavel associated with that entry.

          **SO ORDERED.**

DATED:      White Plains, New York
            1/26/2026

_____
VICTORIA REZNIK
United States Magistrate Judge

1