UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Bright**,

                          Plaintiffs,

            -against-

**Annucci, et al.,**

                     Defendant.

----------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__ 2/12/2026 _ |

**ORDER RE DISCOVERY**

**CONFERENCE**

*7:18-cv-11111 NSR-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Discovery  Conference (via telephone) is hereby scheduled for **February  25, 2026 at 11:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Discovery Conference, the parties should be prepared to discuss the disputes raised in ECF No. 389

        **SO ORDERED.**

DATED:    White Plains, New York
             February 12, 2026

                                 _____

                                 VICTORIA REZNIK
                                 United States Magistrate Judge