UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Willie BRIGHT

　　　vs

ANTHONY J. ANNUCCI ET AL.,

**MEMO ENDORSED**

MOTION FOR Pro Bono
Counsel, OBJECTION TO
Being Denied Discovery
18-CV-11111 <NSR-VR

DEAR JUDGE REZNIK

　　　　　　I HAVE Documented Evidence IN
THE FORM OF ATTorney Michele ST Julien NOV 17 2025
Letter TO ME THAT ETHICAL Reason MS AGNew used
To Convince This CourT TO honor Her RequesT TO Withdraw
IS Fabricated And should never HAVE Been Honored
without AFForching Me A OPPortunity TO Be Heard
Before The courT MAKing A Determination, SO I'M OBJecTing
To Being PreJudice, The Letter Also Proves MS ST. Julien
HAd no Problem Going Forward with Representation, BuT
STATed Her Amendment would have TO Be AJusTed In
How we PrePared For MY DePosition, MS AGnew IS now
Threatning Me with The Information shared with Her
And Ms ST Julien now coming InTo the Hands Of
THE DefendanTS, AS IF I cared AbouT THAT, AS opposed

To Taking The Position of Ms. ST Julien In simply Amending The Facts, Just As The STATE Defendants Are Being Given A Opportunity To ADD New Defendants To This Claim IN The Discovery STAGe Because The AG Intentionally Refuse To Disclose The Identity of Certain Defendants Despite of Having Log Books with Information About Those Defendant, Told This cort They could noT Be located, Ms ST Julien And Agnew have Discovered ThaT STATE Police Found even more Defendants Involved And The AG was Also Refusing To Disclose This Information To The CorT or Me, so I objecT To Being PreJudice In noT Being Allowed To Recieve A Response From These Defendants As well As the John Doe Strip Serch Defendants, Ms ST Julien was on The same Page As me IF These Defendant come under the uMbrella of The AG Representation They should Be seen As Defaulted Defendants Because The AG was In The Possession of there Identity And Knew They where Related To This Civil Action From STATE Police RePorts And the AG Intentionally Chose noT To Disclose This Information To me or The corts so I look Forward To Deposition To PuT These Facts on Record For A Jury And objecT To Them now Being secretly ADDed As Defends while Im Being Denied Pro Bono Counsel To Amend The complant As Ms ST Julien has MADe me Aware The complant In Its currenT STATE will HurT Me Moving Forward InTo A

Deposition, so If The court Is Allowing A window To Be opened For The State Defendant To Be Added As A Result of the AG Intentional Omission's And AT The Same Time Quickly closing IT To not Allow Me To ADJust The Area's Legal counsel has made Me Aware will Hurt Me In A Deposition With The AG, I OBJect, Ms Agnew Forced MS ST. Julien To withdraw And IT had nothing To Do with what she said To this court I have A letter To Prove IT, Ive suggested To MS Agnew A Resolution That will ADDress her "so called" Ethical concerns, IF she Is not willing To Recommitt entirely To This case, Throwing A Bunch of Discovery Documents AT Me Is not Legal Representation And Refusing To Allow Me To Question The Defendant Is not Discovery, I have eye witness who will Testify That each Time I come out my cell STAFF Removes Legal Documents Relating To This case out of MY cell, counsel Is needed To Protect MY Discovery Rights, LEGAL MAil Representation Is not working counsel Is needed

C.C. court of Appeals

*Willie Bright*

Plaintiff's pro bono counsel is directed to investigate with Plaintiff's facility his allegations regarding his legal materials being removed from his cell. Counsel is directed to include an update on that issue in their 3/16/2026 letter regarding the privilege waiver issue.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 396.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 3/5/2026

