USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 3/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Willie Bright,

                              Plaintiff,                                    18-cv-11111-NSR-VR

            -against-                                                **ORDER TO STRIKE**
Anthony J. Annucci et al.,

                              Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 9, 2026, Mr. Bright submitted a letter directly to the Clerk of Court's Office requesting new pro bono counsel and making accusations concerning counsel's conduct. To the extent the letter contains unsupported accusations against counsel, those statements are inappropriate and irrelevant to the merits of this case. To the extent the letter argues for new pro bono counsel, Mr. Bright made a similar request in ECF No. 394. The Court DEFERS ruling on his request in ECF No. 394 until after his current pro bono counsel's representation has terminated.

All parties are directed to disregard ECF No. 399. The Clerk of Court is kindly directed to strike ECF No. 399 from the docket and close the gavel associated with that entry.

        **SO ORDERED.**

DATED:        White Plains, New York
                    3/12/2026

_____
VICTORIA REZNIK
United States Magistrate Judge