**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Willie Bright,

                              Plaintiff,

                 -against-
Anthony J. Annucci et al.,

                            Defendant.
-------------------------------------------------------------------X

18-cv-11111-NSR-VR

**ORDER TO SEAL**

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 18, 2026, Mr. Bright submitted a letter directly to the Clerk of Court's Office requesting new pro bono counsel and making accusations concerning counsel's alleged misconduct. (ECF No. 403). To the extent the letter contains incendiary and unfounded accusations against counsel, those statements are extraneous and unnecessary to the Court's resolution of the discovery issues raised. To the extent the letter argues for new pro bono counsel, Mr. Bright made a similar request in ECF No. 394. The Court DEFERS ruling on his request in ECF No. 394 until after his current pro bono counsel's representation has terminated shortly.

For the reasons stated above, the Clerk of Court is respectfully directed to maintain ECF No. 403 under seal and close the gavel associated with ECF No. 403.

       **SO ORDERED.**

DATED:      White Plains, New York
               3/19/2026

                                                        
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 3/19/2026 _