UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

**Bright,**

                                              Plaintiffs,

                    -against-

**Annucci, et al.,**

                                              Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 5/19/2026 __

**ORDER RE STATUS CONFERENCE**

*7:18-cv-11111 NSR-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **June 8, 2026  at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.


        **SO ORDERED.**

DATED:        White Plains, New York
              May 19, 2026


                                    _____
                                    VICTORIA REZNIK
                                    United States Magistrate Judge