RECEIVED
AUG 18 2026
VICTORIA REZNIK
U.S. MAGISTRATE JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW York

MEMO ENDORSED

Willie BRIGHT
V
ANNUCCI ET Al.,

18-cv-11111 (NSR-VR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/26

MOTION TO COMPEL PERSON[al] PROPERTY All 8 BAGS, And OMH Defendants Progress NOTE[s]

DEAR JUDGE REZNIK

JUST FOR STARTERS: Defendants ANNUCCI, GRIFFIN, Wilkins And URRACA VIOLATED MY CONSTITUTIONAL Right TO Be Free From SEXUAL ASSAULT on Dec 29 2015 Because Prior TO This ATTACK They Where All Given A COPY OF A ATTORNEY'S LETTER Discussing A MONETARY AGREEMENT MADE TO TESTIFY AGAINST STAFF IN Another Prison And That STAFF In Green Haven Where now Violating MY First Amendment TO ADDRESS The COURT BY ThreATS OF BeaTing The SHIT OUT OF ME IF I Did NOT TerminATE ThAT AGreement TO Testif[y] AGAINST STATE employees, THEY Where All AWARE OF This MONE[tary] AGreement TO TESTIFY AGAINST STATE employees And The FACTS That I WAS ReporTing Being Physically Threaten ABOUT IT Posed A SUBSTANTIAL RISK OF Serious HARM (FARMER, 511 AT 834) And They Failed TO Honor MY Request For PROT[ective] CUSTODY SO I WOULD Be Moved AWAY From The Inm[ates] STATE employees MAKING The Specific threats OF HARM UNTIl

Defendants Annucci And OSI Remedy The constitutional Violations Being Reported To Them By Honoring My Request To Be Transfer To A safer Prison, Defendants Griffin And Wilkins said There was no Protective custody Available for staff Concerns for Personal safety And Prison Transfers where Done By The Commissioner And OSI But My Problems could Go Away If I stop Agreeing To Be A witness Against State employees, The Defendants where All (Deliberately Indifferent) To Reports of First Amendment violations Happening AT Green Haven And To no Reasonable steps To Remedy These violations, which Opened The Door for The Dec 29 2015 sexual Assault from Defendant Michael Blot To Become Possible (salahuddin v. Coughlin 999 F. Supp. 526) The EXHIBITS In The Form of Letters From The Defendants As well As other Evidence To over come Any Summary Judgment Motion from The Defendants Is now Being Intentional Held By Defendant Michael Blot To Impede Me from Being Able To Challenge AG Methen Motion for Summary Judgment I can establish (Failure To Protect) on The Above Defendant with My 8 Bags of Personal Property That State employee Sgt. Jones Is seen on Bwc Removing from My cell To Be sent To Auburn CF on May 21 26 Those 8 Bags Didn't simply Disappear There Are written Response from each Defendant Prior To The Dec 29 2015 Sexual Assault In My My 8 Bags of Property Defendant Michael Blot Is Refusing Me To Have this And Other Evidence To Support This claim Giving More Grounds for spoilation I need This Also To To Prepare for The upcoming Deposition...

c.c. Court of Appeal

[signature]
8/19/26

Counsel for the DOCCS Defendants is directed to investigate the issue raised by Plaintiff regarding the transfer of his legal materials to his new facility. By **August 26, 2026**, counsel is directed to submit a letter updating the Court on the outcome of its investigation.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 448.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/19/2026

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024
NAME: [illegible] DIN: 91-A-4231

RECEIVED
AUG 18 2026
VICTORIA REZNIK
U.S. MAGISTRATE JUDGE
S.D.N.Y.

USDC SDNY WP

SYRACUSE NY 130
13 AUG 2026 AM 1

AUBURN CORRECTIONAL FACILITY

US POSTAGE
ZIP 13021
02 1W
0001387039

Honorable: Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains NY. 10601
(Legal Mail)

10601-414000